# FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Molly L. Wells
(504) 556-5505 Direct
mwells@fishmanhaygood.com

March 28, 2023

**VIA ECF**

Hon. Jia M. Cobb
United States District Judge
United States District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi v. The State of Libya
No. 1:22-cv-00864 (D.D.C.)

Dear Judge Cobb,

    I write regarding the Opposed Motion for Leave to File Supplemental Memorandum in Support of Motion to Confirm Arbitration Award ("Motion") (R. Doc. 31) that Petitioner Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak") filed on March 24, 2023, which counsel for Respondent State of Libya ("Libya") now indicates is unopposed as detailed below.

    As explained in the Certificate of Compliance with Local Rule 7(m) in the Motion, undersigned counsel filed the motion as opposed because counsel for Libya indicated he would be unable to state Libya's position with respect to the Motion until March 27th at the earliest. Given that Etrak's Motion to Confirm (R. Doc. 28) and Libya's Motion to Stay (R. Doc. 22) have both been fully briefed since February 10, 2023, and December 7, 2022, respectively, undersigned counsel thought it best to move without delay to supply this Court with the order of the Paris Court of Appeal, which bears on both of the motions currently under consideration and is at the heart of Etrak's Motion.

    Counsel for Libya has now indicated that Libya does not oppose the Motion with respect to the request to supplement the record with the order of the Paris Court of Appeal. He further stated that Libya would not oppose acceptance of Etrak's Supplemental Memorandum into the record of this matter if Libya were permitted to file a response to the Supplemental Memorandum. Etrak would not oppose Libya's request to file such a response assuming that it is as circumscribed as Etrak's Supplemental Memorandum in terms of length (5 pages) and subject matter (the order of the Paris Court of Appeal). Depending on the content of Libya's response, Etrak may separately seek leave to file a reply.

      Undersigned counsel respectfully prays that this Court will grant the Motion inasmuch as it seeks to supplement the record of this proceeding with the order of the Paris Court of Appeal, *which is unopposed*. Undersigned counsel further prays that this Court will permit Etrak to file its Supplemental Memorandum into the record, *which request is conditionally unopposed as outlined above*.

      Respectfully,

/s/ Molly L. Wells
Molly L. Wells (*pro hac vice*)
Benjamin D. Reichard (*pro hac vice*)
**Fishman Haygood LLP**
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
    Tel.: (504) 556-5505
    Fax: (504) 586-5250
Email: mwells@fishmanhaygood.com

Charles Owen Verrill, Jr., Esq.
Bar No. 13245
Verrill Advocacy, LLC
Suite M-100
1055 Thomas Jefferson St. NW
Washington, D.C. 20007
(202) 390-8245
charlesverrill@gmail.com

*Counsel for Etrak*

Cc: All counsel of record (via ECF)