UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ETRAK İNŞAAT TAAHHÜT VE TİCARET
ANONİM ŞİRKETİ,

        Plaintiff,

  v.

STATE OF LIBYA,

        Defendant.

Case No. 22-cv-864 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Libya's motion to stay, ECF 22, is **DENIED**, and Etrak's motion to confirm the arbitration award, ECF 28, is **GRANTED**. It is further **ORDERED** that Etrak shall file a proposed order of judgment by **February 18, 2025** reflecting the exact monetary amount sought, including interest, consistent with the arbitration award and the Court's memorandum opinion. Libya may respond to Etrak's proposed order by **February 25, 2025**, and Etrak's reply, if any, is due by **March 4, 2025.**

This is a final appealable Order.

    **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: February 4, 2025

1