# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF LIBYA,<br><br>        Defendant. | Case No. 22-cv-864 (JMC) |

## ORDER

The Court previously entered a memorandum opinion and accompanying order denying Libya's motion to stay and granting Etrak's motion to confirm its arbitration award against Libya. *See* ECF 36; ECF 38. The Court ordered Etrak to file a proposed order of judgment reflecting the exact monetary amount sought, including interest, consistent with the arbitration award and the Court's memorandum opinion. Etrak did so on February 18, 2025. ECF 39. The Court ordered Libya to respond to Etrak's proposed order by February 25, 2025. Libya did not file any response.

Consistent with the arbitration award and Etrak's proposed order, *see* ECF 38, and hearing no objection from Libya, the Court **ORDERS** that judgment be had in favor of Etrak in the amount of USD 30,128,994.40. The Court further **ORDERS** that post-judgment interest under 28 U.S.C. § 1961 shall accrue on this amount from the date of this Judgment until it is satisfied.

This is a final appealable Order.

**SO ORDERED.**

                                                                                                                                              JIA M. COBB
                                                                                                                                              United States District Judge

Date: March 3, 2025