UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x
ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ, :
:
                Plaintiff, :
:
                -against- : Case No. 1:22-cv-00864-JMC
:
THE STATE OF LIBYA, :
:
                Defendant. :
:
------------------------------------------------------------------------ x

## **MOTION TO COMPEL**

Petitioner Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak" or "Petitioner") respectfully requests that this Court issue an order compelling Defendant the State of Libya, on or before a date certain, to respond to Petitioner's First Set of Post-Judgment Interrogatories to Respondent the State of Libya and Petitioner's First Set of Post-Judgment Requests for Production to Respondent the State of Libya (collectively, "Post-Judgment Discovery," which is attached hereto as Ex. A) and to produce the requested documents.

On March 3, 2025, this Court issued judgment in Etrak's favor in the amount of USD 30,128,994.40 plus post-judgment interest at the statutory rate (the "Judgment"), which Judgment remains unpaid to date. As a result, Etrak issued Post-Judgment Discovery to Libya by serving the same on May 21, 2025, via e-mail correspondence to Libya's counsel enrolled in this action. Although the deadline for Libya's responses and objections has long passed, Libya still

272891v.1

has not responded to the Post-Judgment Discovery or produced the requested documents. Accordingly, Etrak now seeks an order of this Court compelling such responses and production.

**WHEREFORE**, Petitioner prays that this Court issue an Order compelling Respondent the State of Libya to respond to Etrak's Post-Judgment Discovery (attached hereto as Ex. A) and produce the requested documents, all by a date certain, and setting penalties for any future noncompliance with that order.

| | |
|---|---|
| **DATED:** July 17, 2025 | Respectfully submitted, |
| | /s/ *Molly L. Wells* |
| | Molly L. Wells (*pro hac vice*) |
| | Benjamin D. Reichard (*pro hac vice*) |
| | **Fishman Haygood LLP** |
| | 201 St. Charles Ave., Suite 4600 |
| | New Orleans, LA 70170 |
| | Tel.: (504) 556-5505 |
| | Fax: (504) 586-5250 |
| | Email: mwells@fishmanhaygood.com |
| | |
| | Charles Owen Verrill, Jr., Esq. |
| | Bar No. 13245 |
| | Verrill Advocacy, LLC |
| | Suite M-100 |
| | 1055 Thomas Jefferson St. NW |
| | Washington, D.C. 20007 |
| | (202) 390-8245 |
| | charlesverrill@gmail.com |
| | |
| | *Counsel for Etrak* |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(m)

I certify that on June 25, 2025, I e-mailed counsel enrolled in this matter for Respondent the State of Libya in order to confer in good faith regarding Libya's failure to respond to Etrak's Post-Judgment Discovery, which I had previously served via e-mailed to the same counsel for Libya on May 21, 2025. I certify that, in response, counsel for Libya stated only that they were not authorized to accept service and no longer represented Libya. *See* Ex. B. Counsel for Libya moved to withdraw from this matter on July 3, 2025, to which Etrak will file its opposition later today. Given counsel for Libya's position that they no longer represent Libya despite still being

272891v.1

enrolled in this matter, it is apparent that any further correspondence with counsel for Libya at this time would be futile.

Date: July 17, 2025                                       */s/ Molly L. Wells*
                                                          Molly L. Wells

## **CERTIFICATE**

I certify that on July 17, 2025, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                                                          */s/ Molly L. Wells*
                                                          Molly L. Wells

3

272891v.1