UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- x
ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM : 
ŞİRKETİ, :
 :
                Plaintiff, :
 :
                -against- : Case No. 1:22-cv-00864-JMC
 :
THE STATE OF LIBYA, :
 :
                Defendant. :
 :
 :
 :
 :
---------------------------------------------------------------------- x

## [PROPOSED] ORDER

Before the Court is Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak" or "Petitioner")'s Motion to Compel (ECF No. \_\_\_\_) Respondent the State of Libya ("Libya") to respond to Petitioner's First Set of Post-Judgment Interrogatories to Respondent the State of Libya and Petitioner's First Set of Post-Judgment Requests for Production to Respondent the State of Libya (collectively, "Post-Judgment Discovery") and to produce the requested documents, all by a date certain, and to set penalties for any future noncompliance with this Order.

Having considered all briefing on the motion, the procedural posture, and applicable law, the Court **GRANTS** the motion and **ORDERS** that Libya must respond to Etrak's Post-Judgment Discovery and produce the requested documents within _____ days of this Order. Libya must respond fully, completely, and in good faith to the Post-Judgment Discovery in accordance with the Federal Rules of Civil Procedure. This Court notes that, generally speaking,

272891v.1

2

Libya's failure to timely respond to the Post-Judgment Discovery has resulted in the waiver of objections.

It is **FURTHER ORDERED** that if Libya fails to answer the Post-Judgment Discovery and produce requested documents within _____ days of the entry of this Order, Libya shall show cause on or before the expiration of the _____-day period why a fine payable to Petitioner should not be imposed in the amount of $5,000 per week, doubling every four weeks until reaching a maximum of $80,000 per week, unless and until Libya satisfies its discovery obligations under this Order.

Washington, D.C., this _____ day of _____, 2025.

_____
U.S. DISTRICT COURT JUDGE