**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA
**Date:** 13 June 2025 Friday at 14:35:12 GMT+03:00
**From:** Leach, Jonathan
**To:** Mehmet Karlı
**CC:** Metin Anıl Yiğit
**Priority:** High

Dear Mehmet

notified by my client

Kind regards

Jonathan

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 29 May 2025 21:49
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Best regards,

Mehmet

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Date:** Wednesday, 28 May 2025 at 15:53
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

Kind regards

Jonathan

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 21 May 2025 15:48

EXHIBIT C   1 of 27

**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Kind regards,

Mehmet

---

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Date:** Tuesday, 6 May 2025 at 11:37
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,

████████████████████████████████████████████████████

Best regards,

MK

---

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Date:** Friday, 2 May 2025 at 19:00
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

My client requests ██████████████████████████████████
████████

████████████████████████████████████████████████████
████████

████████████████████████████████████████████████████
████████████████████

Kind regards

Jonathan

EXHIBIT C    2 of 27

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 27 April 2025 08:09
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,

███████████████████████████████████████████████

Best regards,

Mehmet

Sent from Outlook for iOS

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Sent:** Friday, April 25, 2025 6:52:19 PM
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

████████████████████████████████████████

Kind regards

Jonathan

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 25 April 2025 10:36
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,

██████████████████████████████████████████████

Best regards,

EXHIBIT C   3 of 27

Mehmet

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Date:** Thursday, 24 April 2025 at 22:19
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM
SIRKETI v. STATE OF LIBYA

Dear Mehmet



Kind regards

Jonathan

Jonathan Leach **|** Partner **|** International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266

www.eversheds-sutherland.com

**Eversheds Sutherland**
Client Commitment. Innovative Solutions. Global Service.

> On 24 Apr 2025, at 17:09, Leach, Jonathan <JonathanLeach@eversheds-sutherland.com> wrote:
>
> Thank you Mehmet. I will relay this message to my client.
>
> Jonathan
>
> **From:** Mehmet Karlı <mkarli@kabinelaw.com>
> **Sent:** 24 April 2025 17:08
> **To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
> **Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
> **Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET
> ANONIM SIRKETI v. STATE OF LIBYA

EXHIBIT C   4 of 27



Best regards,

Mehmet


Sent from Outlook for iOS
_____

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Sent:** Thursday, April 24, 2025 3:24 pm
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

I have just been asked by my client to inform you 

Kind regards

Jonathan

_____
**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Sent:** 22 April 2025 17:23
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Thank you Mehmet.

██████████████████████ I will confirm to my client. ████████████████

Kind regards

EXHIBIT C    5 of 27

Jonathan

---

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 22 April 2025 17:21
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,

████████████████████████████

Best

MK

Sent from Outlook for iOS

---

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Sent:** Tuesday, April 22, 2025 5:17:15 PM
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

████████████████████████████



Thank you.

Kind regards

Jonathan

---

**From:** Leach, Jonathan
**Sent:** 17 April 2025 13:16
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

EXHIBIT C   6 of 27

My client has confirmed the meeting ████████████████████████ ██████████████████ at the Libyan Consulate in Istanbul ████████████████████████████

████████████████████████████████████████████████████
████████

████████████████████████████

Kind regards

Jonathan

---

**From:** Leach, Jonathan
**Sent:** 14 April 2025 15:26
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

████████████████████████████

Kind regards

Jonathan

---

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 14 April 2025 14:49
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,

████████████████████████████████████████████████████

Best regards,

Mehmet

Sent from Outlook for iOS

---

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** Wednesday, March 26, 2025 6:41:39 AM
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>

EXHIBIT C   7 of 27

**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

Best regards,

Mehmet

---

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Date:** Tuesday, 25 March 2025 at 11:51
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

This is a further follow up to my 19 March email below.

███████████████████████████████████████████
███████████████████████████████

Regards

Jonathan

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266

www.eversheds-sutherland.com

**Eversheds Sutherland**
Client Commitment. Innovative Solutions. Global Service.

> On 22 Mar 2025, at 01:36, Leach, Jonathan
> <JonathanLeach@eversheds-sutherland.com> wrote:

EXHIBIT C   8 of 27

Dear Mehmet



Regards

Jonathan

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266

www.eversheds-sutherland.com

**Eversheds Sutherland**
Client Commitment. Innovative Solutions. Global Service.

> On 19 Mar 2025, at 18:43, Leach, Jonathan <JonathanLeach@eversheds-sutherland.com> wrote:
>
> Dear Mehmet
>
> 
>
> Kind regards
>
> Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration
>
> T: +44 20 7919 0825
> M: +44 7825 317 266
> https://uk.linkedin.com/in/jonathan-leach-6b7a2858
> www.eversheds.com/jonathanleach

EXHIBIT C    9 of 27

[www.eversheds-sutherland.com](http://www.eversheds-sutherland.com)

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

---

**From:** Mehmet Karlı <[mkarli@kabinelaw.com](mailto:mkarli@kabinelaw.com)>
**Sent:** 14 March 2025 19:14
**To:** Leach, Jonathan <[JonathanLeach@eversheds-sutherland.com](mailto:JonathanLeach@eversheds-sutherland.com)>
**Cc:** Metin Anıl Yiğit <[mayigit@kabinelaw.com](mailto:mayigit@kabinelaw.com)>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Jonathan,



Best regards,

Mehmet

Sent from [Outlook for iOS](https://aka.ms/o0ukef)

–

**From:** Leach, Jonathan <[JonathanLeach@eversheds-sutherland.com](mailto:JonathanLeach@eversheds-sutherland.com)>
**Sent:** Friday, March 14, 2025 4:58 pm
**To:** Mehmet Karlı <[mkarli@kabinelaw.com](mailto:mkarli@kabinelaw.com)>
**Cc:** Metin Anıl Yiğit <[mayigit@kabinelaw.com](mailto:mayigit@kabinelaw.com)>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT

EXHIBIT C 10 of 27

TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

I write further to my below email to you 2 weeks ago. I do not believe I have received any response.



My client believes

Kind regards

Jonathan

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
https://uk.linkedin.com/in/jonathan-leach-6b7a2858
www.eversheds.com/jonathanleach

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

---

**From:** Leach, Jonathan
**Sent:** 01 March 2025 10:33
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INSAAT TAAHHÜT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA

Dear Mehmet

EXHIBIT C  11 of 27

To clarify, my client does not anticipate ████████████ ██████████████ I was proposing, on my client's behalf, a meeting ████ ████████████████████████████ ██████

Kind regards

Jonathan

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
https://uk.linkedin.com/in/jonathan-leach-6b7a2858
www.eversheds.com/jonathanleach

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

---

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 28 February 2025 08:23
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INŞAAT TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF LIBYA

Dear Jonathan,



Best regards,

Mehmet

---

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Date:** Friday, 28 February 2025 at 08:01
**To:** Mehmet Karlı <mkarli@kabinelaw.com>

EXHIBIT C 12 of 27

**Cc:** Metin Anıl Yiğit <[mayigit@kabinelaw.com](mailto:mayigit@kabinelaw.com)>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INŞAAT
TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF
LIBYA
Thank you Mehmet.



Kind regards

Jonathan

Jonathan Leach **|** Partner **|** Global Co-Chair of International
Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
[https://uk.linkedin.com/in/jonathan-leach-6b7a2858](https://uk.linkedin.com/in/jonathan-leach-6b7a2858)
[www.eversheds.com/jonathanleach](http://www.eversheds.com/jonathanleach)

[www.eversheds-sutherland.com](http://www.eversheds-sutherland.com)

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

---

**From:** Mehmet Karlı <[mkarli@kabinelaw.com](mailto:mkarli@kabinelaw.com)>
**Sent:** 27 February 2025 21:00
**To:** Leach, Jonathan <[JonathanLeach@eversheds-sutherland.com](mailto:JonathanLeach@eversheds-sutherland.com)>
**Cc:** Metin Anıl Yiğit <[mayigit@kabinelaw.com](mailto:mayigit@kabinelaw.com)>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INŞAAT
TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF
LIBYA

Dear Jonathan,

Best regards,

Mehmet

Sent from Outlook for iOS

**From:** Leach, Jonathan <[JonathanLeach@eversheds-sutherland.com](mailto:JonathanLeach@eversheds-sutherland.com)>
**Sent:** Thursday, February 27, 2025 8:57 pm
**To:** Mehmet Karlı <[mkarli@kabinelaw.com](mailto:mkarli@kabinelaw.com)>
**Cc:** Metin Anıl Yiğit <[mayigit@kabinelaw.com](mailto:mayigit@kabinelaw.com)>

EXHIBIT C    13 of 27

**Subject:** Re: WITHOUT PREJUDICE - ETRAK INŞAAT TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF LIBYA

███████████████████████████████████

Kind regards

Jonathan

Sent from Outlook for iOS
‑
**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Sent:** Thursday, February 27, 2025 10:42 am
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INŞAAT TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF LIBYA

███████████████████████████

███████████████████████████

Regards

Jonathan

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
https://uk.linkedin.com/in/jonathan-leach-6b7a2858
www.eversheds.com/jonathanleach

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive
_____
**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 27 February 2025 10:36
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INŞAAT TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF LIBYA

Dear Mr. Leach,

EXHIBIT C  14 of 27



Kindest regards,

**Mehmet Karlı**
Partner
Kabine Law Office
Büyükdere Cad. No. 195, D:6
34394, Levent, Istanbul, TÜRKİYE
T: +90 212 278 64 13
M: +90 532 799 93 81
F: +90 212 324 78 25
E: mkarli@kabinelaw.com

---

**From:** Leach, Jonathan
<JonathanLeach@eversheds-sutherland.com>
**Date:** Wednesday, 26 February 2025 at 21:29
**To:** Mehmet Karlı <mkarli@kabinelaw.com>
**Cc:** Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INŞAAT
TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF
LIBYA
**Without prejudice**

Dear Mr. Karli

I write further to our below exchanges and in
response to your email communication on 17
February.

EXHIBIT C 15 of 27



Kind regards

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
https://uk.linkedin.com/in/jonathan-leach-6b7a2858
www.eversheds.com/jonathanleach

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

---

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Sent:** 17 February 2025 17:51
**To:** Mehmet Karlı <mkarli@kabinelaw.com>; Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INŞAAT TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF LIBYA

Dear Dr. Karli

EXHIBIT C 16 of 27

███████████████

Kind regards

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
https://uk.linkedin.com/in/jonathan-leach-6b7a2858
www.eversheds.com/jonathanleach

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

---

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 17 February 2025 17:14
**To:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>; Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INŞAAT TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF LIBYA

Dear Mr. Leach,



Kind regards,

**Mehmet Karlı**
Partner
Kabine Law Office
Büyükdere Cad. No. 195, D:6
34394, Levent, Istanbul, TÜRKİYE
T: +90 212 278 64 13
F: +90 212 324 78 25
E: mkarli@kabinelaw.com

EXHIBIT C  17 of 27

**From:** Leach, Jonathan
<JonathanLeach@eversheds-sutherland.com>
**Date:** Friday, 14 February 2025 at 11:48
**To:** Mehmet Karlı <mkarli@kabinelaw.com>, Metin
Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** RE: WITHOUT PREJUDICE - ETRAK INŞAAT
TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF
LIBYA
Dear Dr. Karli

Thank you for confirming receipt.

We look forward to hearing from you after you have
obtained your client's instructions.

Kind regards

Jonathan Leach **|** Partner **|** Global Co-Chair of International
Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
https://uk.linkedin.com/in/jonathan-leach-6b7a2858
www.eversheds.com/jonathanleach

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

**From:** Mehmet Karlı <mkarli@kabinelaw.com>
**Sent:** 14 February 2025 10:20
**To:** Leach, Jonathan <JonathanLeach@eversheds-
sutherland.com>; Metin Anıl Yiğit
<mayigit@kabinelaw.com>
**Subject:** Re: WITHOUT PREJUDICE - ETRAK INŞAAT
TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF
LIBYA

Dear Mr. Leach,

Thank you for your email. We are seeking
instructions from our client and will get back to you
shortly.

Best regards,

Dr. Mehmet Karli
Partner

EXHIBIT C <sup>18 of 27</sup>

–

**From:** Leach, Jonathan <JonathanLeach@eversheds-sutherland.com>
**Sent:** Tuesday, February 11, 2025 2:59:29 PM
**To:** Mehmet Karlı <mkarli@kabinelaw.com>; Metin Anıl Yiğit <mayigit@kabinelaw.com>
**Subject:** WITHOUT PREJUDICE - ETRAK INŞAAT TAAHHÜT VE TICARET ANONIM ŞIRKETI v. STATE OF LIBYA

Please find our attached without prejudice letter.

We look forward to receiving your response.

Kind regards

Jonathan Leach **|** Partner **|** Global Co-Chair of International Arbitration

T: +44 20 7919 0825
M: +44 7825 317 266
https://uk.linkedin.com/in/jonathan-leach-6b7a2858
www.eversheds.com/jonathanleach

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any

EXHIBIT C  19 of 27

queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability

EXHIBIT C 20 of 27

partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly

EXHIBIT C   21 of 27

confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please

EXHIBIT C 22 of 27

contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

EXHIBIT C 23 of 27

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

EXHIBIT C 24 of 27

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error

EXHIBIT C 25 of 27

you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland

EXHIBIT C    26 of 27

(International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

EXHIBIT C 27 of 27