## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ,

           Plaintiff,

       -against-

THE STATE OF LIBYA,

           Defendant.

Case No. 1:22-cv-00864-JMC

---

## [PROPOSED] ORDER

Before the Court is the Motion to Withdraw filed by counsel for Respondent the State of Libya ("Libya"), William T. O'Brien and John W. Lomas, Jr., of Eversheds Sutherland (US) LLP (ECF No. \_\_\_\_) and the Opposition thereto filed by Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak" or "Petitioner")'s (ECF No. \_\_\_\_).

Having considered all briefing on the motion, the procedural posture, and applicable law, the Court **DENIES** the Motion to Withdraw.

Washington, D.C., this _____ day of _____, 2025.

 

                                                    U.S. DISTRICT COURT JUDGE

272891v.1