## Wells, Molly

| | |
|---|---|
| **From:** | Lomas, John <johnlomas@eversheds-sutherland.com> |
| **Sent:** | Thursday, June 26, 2025 1:47 PM |
| **To:** | Wells, Molly |
| **Cc:** | charlesverrill@gmail.com; Reichard, Benjamin D.; O'Brien, William |
| **Subject:** | RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC) |

Dear Molly,

Our representation of Libya for this matter ended with the termination of the case in March 2025 after the entry of judgment. We were not and are not authorized to accept service of discovery requests on Libya's behalf.

Best regards,

**John Lomas** | Partner | T: +1.202.220.8049

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Wednesday, June 25, 2025 12:08 PM
**To:** Morris, Daniel <danielmorris@eversheds-sutherland.us>; Lomas, John <JohnLomas@eversheds-sutherland.us>; O'Brien, William <WilliamOBrien@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

[EXTERNAL]

Good morning, all,

The deadline for responding to Etrak's first set of post-judgment discovery requests has come and gone. Please indicate as soon as possible whether Libya's responses are forthcoming and, if not, whether you think a discussion would be beneficial. Otherwise, Etrak will proceed with a motion to compel.

Thanks.

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.949.8117

fishmanhaygood.com

EXHIBIT C

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Wednesday, May 21, 2025 12:25 PM
**To:** Morris, Daniel <danielmorris@eversheds-sutherland.com>; Lomas, John <johnlomas@eversheds-sutherland.com>; williamobrien@eversheds-sutherland.com
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Gentlemen,

Attached please find Etrak's first set of post judgment discovery to the State of Libya.

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood **LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.949.8117

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Sent:** Monday, March 27, 2023 2:33 PM
**To:** Wells, Molly <mwells@fishmanhaygood.com>; Lomas, John <johnlomas@eversheds-sutherland.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Thank you for clarifying. Libya has no objection to the supplementation of the record with the French judgment. If Etrak does not object to Libya filing a response to Etrak's supplemental brief, Libya does not object to the supplemental brief.

Thakns,
Danny

EXHIBIT C

Daniel Morris | Associate | T: +1.202.220.8348
He | Him | His

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Monday, March 27, 2023 11:23 AM
**To:** Morris, Daniel <DanielMorris@eversheds-sutherland.us>; Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

[EXTERNAL]

Thanks, Danny. To clarify, does that mean that Libya does not oppose any of the motion for leave, which includes the filing of the supplemental memo?

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Sent:** Monday, March 27, 2023 9:43 AM
**To:** Wells, Molly <mwells@fishmanhaygood.com>; Lomas, John <johnlomas@eversheds-sutherland.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Libya does not oppose Etrak's motion to supplement the record with the French judgment.

Danny

Daniel Morris | Associate | T: +1.202.220.8348
He | Him | His

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Friday, March 24, 2023 1:46 PM
**To:** Morris, Daniel <DanielMorris@eversheds-sutherland.us>; Lomas, John <JohnLomas@eversheds-sutherland.us>

EXHIBIT C

**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

[EXTERNAL]

Hi, Danny,

Thank you for your response. Given that the Motion to Stay and Motion to Confirm Arbitration Award are currently under consideration with briefing having been completed some time ago, we do not believe it prudent to wait to file the motion for leave, supplemental memo, and related materials. As a result, we will be filing the materials in short order under the presumption that Libya will oppose the motion for leave. If your client later indicates that the motion is unopposed, we will promptly notify the court. I will explain the foregoing in my certificate of compliance with Rule 7(m).

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Sent:** Friday, March 24, 2023 9:18 AM
**To:** Wells, Molly <mwells@fishmanhaygood.com>; Lomas, John <johnlomas@eversheds-sutherland.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Dear Molly,

Thank you. We have relayed your request to our client.

We hope to be able to respond to you as early as Monday.

Best regards,
Danny

Daniel Morris | Associate | T: +1.202.220.8348
He | Him | His

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Thursday, March 23, 2023 4:51 PM

EXHIBIT C

**To:** Morris, Daniel <DanielMorris@eversheds-sutherland.us>; Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

[EXTERNAL]

Dear Danny and John,

We intend to move for leave to supplement Etrak's briefing on the Motion to Confirm Arbitration Award with a copy of the Paris Court of Appeal's order confirming Etrak's exequatur (and a brief explanation of the high points) tomorrow. As required under LR 7(m), I write to see whether Libya opposes such a request.

Please let us know as soon as possible.

Thanks!

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Sent:** Monday, November 21, 2022 2:31 PM
**To:** Wells, Molly <mwells@fishmanhaygood.com>; Lomas, John <johnlomas@eversheds-sutherland.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Good catch. That change is fine with us. Please feel free to proceed.

Thanks,
Danny

Daniel Morris | Associate | T: +1.202.220.8348
He | Him | His

EXHIBIT C

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Monday, November 21, 2022 3:25 PM
**To:** Morris, Daniel <DanielMorris@eversheds-sutherland.us>; Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

[EXTERNAL]

Dear Danny,

This is fine with us, albeit with one change: I had incorrectly listed 2022 as the year in the deadline for Libya's opposition to the motion to confirm. I've now changed the year to 2023 (and have accepted your change of the deadline from January 20th to January 27th). Unless you all object to that change in the next hour or so, I will go ahead and get this on file.

Thanks!

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Sent:** Monday, November 21, 2022 8:46 AM
**To:** Wells, Molly <mwells@fishmanhaygood.com>; Lomas, John <johnlomas@eversheds-sutherland.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Please see the attached with revisions in Track Changes. If this is acceptable to Etrak, you have our consent to proceed to file.

Thanks,
Danny

Daniel Morris | Associate | T: +1.202.220.8348
He | Him | His

EXHIBIT C

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Friday, November 18, 2022 6:57 PM
**To:** Morris, Daniel <DanielMorris@eversheds-sutherland.us>; Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

[EXTERNAL]

Hi, Daniel,

What if we split the difference and make the due date for your opposition 1/27?

I don't have any problem with the inclusion of the stated footnote. Why don't you go ahead and insert it into the draft? Assuming we can work out a date for your opposition deadline, it probably also makes sense for you to go ahead and insert your signature block.

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Sent:** Friday, November 18, 2022 2:21 PM
**To:** Wells, Molly <mwells@fishmanhaygood.com>; Lomas, John <johnlomas@eversheds-sutherland.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Thank you for sending this. When we spoke, I understood Etrak as proposing a January filing date for its motion, with Libya's response due 30 days later. The proposed Dec. 21 filing date in this draft delivers the motion a few days before Christmas, and with the intervening New Year's and Martin Luther King Jr. Day holidays before Libya's response.

Is Etrak willing to either (a) revert to a January filing date for its motion, with Libya's response 30 days later or (b) agree that Libya's response is due Feb. 3?

Finally, as we discussed, please let me know if Etrak will object to Libya adding a footnote to paragraph 4 stating: "Libya submits this Joint Proposed Schedule without prejudice to its Motion to Stay (R. Doc. 22)."

Please let me know.

EXHIBIT C

Best regards,
Danny

Daniel Morris | Associate | T: +1.202.220.8348
He | Him | His

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Friday, November 18, 2022 2:24 PM
**To:** Morris, Daniel <DanielMorris@eversheds-sutherland.us>; Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

[EXTERNAL]

Dear Daniel,

My apologies. Please see the attached proposed schedule, which I believe reflects our discussion of yesterday.

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Sent:** Friday, November 18, 2022 12:18 PM
**To:** Wells, Molly <mwells@fishmanhaygood.com>; Lomas, John <johnlomas@eversheds-sutherland.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Just following up on our call yesterday—sorry if I missed it, but I don't think I received Etrak's scheduling proposal yesterday. Will that come yet today?

Thanks,
Danny

EXHIBIT C

Daniel Morris | Associate | T: +1.202.220.8348
He | Him | His

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Wednesday, November 16, 2022 10:39 AM
**To:** Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <DanielMorris@eversheds-sutherland.us>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)


==[EXTERNAL]==

Dear John,

I'm wide open tomorrow (from 10 a.m. EST until COB) for a call to discuss the schedule so that we can make the required filing on Monday, November 21st. I'm also available Friday afternoon. Do you have any availability at those times?

Thanks!

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana  70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Lomas, John <johnlomas@eversheds-sutherland.com>
**Sent:** Wednesday, November 2, 2022 3:57 PM
**To:** Wells, Molly <mwells@fishmanhaygood.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Molly – actually, given the new deadline would be the day before Thanksgiving, we will need some additional time for the reply.  We propose a joint request for a briefing schedule on the motion to stay with a November 23rd deadline for Etrak's response and a December 7th deadline for Libya's Reply.  And if you agree that it makes sense to request more time for the schedule submission, we could include that as well.

Please let us know.

Thank you,
John

EXHIBIT C

John Lomas | Partner | T: +1.202.220.8049

---

**From:** Lomas, John
**Sent:** Wednesday, November 2, 2022 4:26 PM
**To:** Wells, Molly <mwells@fishmanhaygood.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <danielmorris@eversheds-sutherland.us>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

First, congratulations, and hope all goes well this weekend!

No problem with the extension.

As for conferring on the schedule, I have time next Thursday from 10am to 11:30am EST and 1pm to 2pm EST, and Friday from 9:30am to 11:30am and 2pm to 3:30pm EST.   Alternatively, it might make sense to also request an extension of the November 14th deadline, and then plan to confer during the week of the 14th?

Best,
John

John Lomas | Partner | T: +1.202.220.8049

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Wednesday, November 2, 2022 2:13 PM
**To:** Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <DanielMorris@eversheds-sutherland.us>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

**[EXTERNAL]**

Dear John,

I am having a baby this weekend (induction date is 11/5), and I would be most grateful if you all would agree to a two-week extension of the deadline for our opposition to the motion to stay. By my calculation, this would move the deadline to November 23rd. Please let me know as soon as possible whether you can agree to the extension; if so, I'll prepare and file an unopposed motion for an extension this week.

Additionally, we are meant to confer on a joint proposed schedule for further proceedings and submit something to the court by November 14th. If you all have time to talk toward the end of next week (say, Thursday?), I should be in a place to participate by then. Is there a date/time that works on your end?

Thanks.

Best,

**Molly Wells**
mwells@fishmanhaygood.com

EXHIBIT C

**Fishman**Haygood LLP

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Lomas, John <johnlomas@eversheds-sutherland.com>
**Sent:** Wednesday, October 26, 2022 11:39 AM
**To:** Wells, Molly <mwells@fishmanhaygood.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Thanks very much for getting back to us.

Best,
John

John Lomas | Partner | T:  +1.202.220.8049

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Wednesday, October 26, 2022 12:27 PM
**To:** Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <DanielMorris@eversheds-sutherland.us>
**Subject:** FW: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

==[EXTERNAL]==

Hi, John,

My apologies. Our client cannot agree to a stay of the US confirmation proceedings pending conclusion of the proceedings in Turkey/France.

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor

EXHIBIT C

New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Lomas, John <johnlomas@eversheds-sutherland.com>
**Sent:** Wednesday, October 26, 2022 11:03 AM
**To:** Wells, Molly <mwells@fishmanhaygood.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

I'm following up on the below and the voicemail my colleague Danny left with you Friday afternoon.  Could you please let us know today whether Etrak agrees to a stay until Etrak's current confirmation/enforcement actions against Libya in France and Turkey are resolved.

Thanks very much,
John


John Lomas | Partner | T:  +1.202.220.8049

---

**From:** Wells, Molly <mwells@fishmanhaygood.com>
**Sent:** Thursday, October 20, 2022 3:06 PM
**To:** Lomas, John <JohnLomas@eversheds-sutherland.us>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <DanielMorris@eversheds-sutherland.us>
**Subject:** RE: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)


==[EXTERNAL]==

Dear John,

We are checking with the client and will let you know as soon as possible.

Best,

**Molly Wells**
mwells@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

EXHIBIT C

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Lomas, John <johnlomas@eversheds-sutherland.com>
**Sent:** Thursday, October 20, 2022 12:46 PM
**To:** Wells, Molly <mwells@fishmanhaygood.com>
**Cc:** charlesverrill@gmail.com; Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Subject:** Re: Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Hi Molly,

Could you please let us know whether Etrak will agree to stay this matter until Etrak's current confirmation/enforcement actions against Libya in France and Turkey are resolved.

Thank you,

John

> On Sep 8, 2022, at 11:34 AM, Wells, Molly <mwells@fishmanhaygood.com> wrote:
>
> [EXTERNAL]
>
> Dear John,
>
> Thank you for your email; we look forward to working with you all on this matter.
>
> We stipulate to a deadline of October 20th for your responsive pleading.
>
> Best,
>
> **Molly Wells**
> mwells@fishmanhaygood.com
>
> **Fishman**Haygood LLP

EXHIBIT C

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252   d: 504.556.5505   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Lomas, John <johnlomas@eversheds-sutherland.com>
**Sent:** Wednesday, September 7, 2022 7:44 AM
**To:** Reichard, Benjamin D. <breichard@fishmanhaygood.com>; Wells, Molly <mwells@fishmanhaygood.com>; charlesverrill@gmail.com
**Cc:** Morris, Daniel <danielmorris@eversheds-sutherland.com>
**Subject:** Etrak v. Libya, 1:22-cv-00864-JMC (DDC)

Dear Benjamin, Molly and Charles,

My firm is being engaged to represent the State of Libya in Etrak's arbitration award enforcement proceeding in US District Court, DC, case number 1:22-cv-00864-JMC and we expect to file appearances this week.

We see that the return of service refers to two mailings, one in July and one in August, but that it leads with the August mailing and that the docket also notes that the service date is August 21st with Libya's response due on October 20th.  So that there is no uncertainty, could you confirm that it's your position that Libya was served on August 21 and its response is due on October 20th and/or stipulate to an October 20th response date?

Best regards,

John

John Lomas | Partner | Eversheds Sutherland (US) LLP

T:  +1.202.220.8049
Biography | vCard

www.eversheds-sutherland.com

**Eversheds Sutherland**
Helping our clients, our people and our communities to thrive

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.