UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- x
ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM : 
ŞİRKETİ, :
:
              Plaintiff, :
:
           -against- : Case No. 1:22-cv-00864-JMC
:
THE STATE OF LIBYA, :
:
              Defendant. :
:
:
:
:
------------------------------------------------------------------- x

## DECLARATION OF MOLLY WELLS IN SUPPORT OF PETITIONER'S OPPOSITION TO MOTION TO WITHDRAW

Molly Wells, Esq., under penalty of perjury, declares as follows:

1.    I am an attorney admitted *pro hac vice* to practice before this Court. I am an attorney at the law firm of Fishman Haygood LLP. I am counsel for Petitioner Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak") in this action, and I am a member of Etrak's legal team with respect to the underlying arbitration against Libya as well as oversight of the various enforcement actions in Turkey, France, Germany, Curaçao, and the United States.

2.    I submit this declaration in support of Petitioner's Opposition to the Motion to Withdraw (ECF No. 40). In that Motion, counsel for Libya suggests that if their Motion to Withdraw is granted, Etrak should be forced to make service of all documents via "diplomatic channels."

1

EXHIBIT D

2

3. Service via "diplomatic channels" is an onerous and time-consuming process. For example, in conjunction with Etrak's exequatur application in France, Etrak has been waiting for more than one year for service of documents via diplomatic channels. To the best of my knowledge, we have not received confirmation of service to date.

4. Requiring service of all documents in this proceeding via diplomatic channels therefore would impose an unacceptable burden on Etrak, prejudice Etrak's post-judgment discovery and execution efforts, and impede justice by facilitating Libya's continued evasion of this Court's Judgment.

THIS COMPLETES DECLARANT'S WRITTEN STATEMENT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on July 17, 2025, in New Orleans, Louisiana.

*/s/Molly Wells*
Molly Wells