UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ETRAK İNŞAAT TAAHHÜT VE
TİCARET ANONİM ŞIRKETİ,

    Plaintiff,

-against-

THE STATE OF LIBYA,

    Defendant.

Case No. 1:22-cv-00864-JMC

---

## MOTION TO STAY AND OR FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court for an order staying or staying the deadline to respond to Plaintiffs' Motion to Compel until at least 14 days after the Court's resolution of counsel's pending Motion to Withdraw as Counsel. In support of this Motion, Defendant states as follows:

1. The Court entered judgment in this arbitral award confirmation proceeding and directed the clerk to terminate this case on March 3, 2025 (ECF No. 39).

2. The entry of judgment and termination of the case ended undersigned's representation of the State of Libya in this matter.

3. Plaintiff subsequently purported to serve post-judgment discovery requests on undersigned counsel and threatened a motion to compel.

4. Thereafter, on July 3, 2025, the undersigned counsel formally moved to withdraw. ECF No. 40.

5. On July 17, 2025, Plaintiffs filed a motion to compel. ECF No. 42.

6. The Court denied undersigned counsel's motion to withdraw without prejudice to refile. Minute Order, July 21, 2025. Undersigned counsel has re-filed its motion to withdraw correcting the issue previously flagged by the Court. ECF No. 44.

7. There is good cause to stay or extend the deadline to respond to the motion to compel while the issue of Defendant's representation is resolved, and Plaintiff will not be prejudiced by the reasonable temporary stay or extension requested herein.

8. The undersigned has conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff does not consent.

WHEREFORE, the undersigned respectfully requests that the Court stay or extend the deadline for Defendant to respond to Plaintiff's compel post-judgment discovery until at least 14 days after the Court rules on the Motion to Withdraw as Counsel and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

EVERSHEDS SUTHERLAND (US) LLP

 /s/ John W. Lomas, Jr.

William T. O'Brien (D.C. Bar No. 450891)
John W. Lomas, Jr. (D.C. Bar No. 976555)
700 Sixth St., N.W., Ste. 700
Washington, D.C. 20001
(202) 383-0100
johnlomas@eversheds-sutherland.com
williamobrien@eversheds-sutherland.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, a copy of the foregoing Motion to Stay as Counsel was served upon all counsel of record via the Court's CM/ECF system and upon the State of Libya, including by sending to the following address:

>Litigation Department of the State of Libya
>Bab Bin Ghashir Street
>Tripoli, Libya

<u>/s/ *John W. Lomas, Jr.*         </u>