# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------------ x
ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM :
ŞİRKETİ,                                :
                                        :
                    Plaintiff,          :
                                        :
            -against-                   :   Case No. 1:22-cv-00864-JMC
                                        :
THE STATE OF LIBYA,                     :
                                        :
                    Defendant.          :
                                        :
                                        :
                                        :
                                        :
------------------------------------------------------------------ x
```

## [PROPOSED] ORDER

Before the Court is the Motion to Stay and or for Extension of Time filed by the State of Libya ("Libya") (ECF No. 45) and the Opposition thereto filed by Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak" or "Petitioner")'s (ECF No. ____).

Having considered all briefing on the motion, the procedural posture, and applicable law, the Court **DENIES** the Motion to Stay and or for Extension of Time.

Washington, D.C., this _____ day of _____, 2025.

_____
U.S. DISTRICT COURT JUDGE