UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
:
ETRAK İNŞAAT TAAHHÜT VE : 
TİCARET ANONİM ŞIRKETİ, :
:
Plaintiff, :
: Case No. 1:22-cv-00864-JMC
-against- :
:
THE STATE OF LIBYA, :
:
Defendant. :
:
------------------------------------------------------- x

**<u>NOTICE OF COMPLIANCE</u>**

Undersigned counsel confirms that, pursuant to the Court's September 19, 2025 Order (ECF No. 49), undersigned counsel has (1) provided a copy of the Court's September 19, 2025 Order (ECF No. 49) to the State of Libya and (2) provided Plaintiff's counsel with the name and contact information—including a phone number, mailing address, and email address—for an individual with the State of Libya whom Plaintiff can contact regarding Plaintiff's post-judgment discovery requests.

Dated: October 3, 2025

Respectfully submitted,

/s/ *John W. Lomas, Jr.*

_____
William T. O'Brien (D.C. Bar No. 450891)
John W. Lomas, Jr. (D.C. Bar No. 976555)
700 Sixth St., N.W., Ste. 700
Washington, D.C. 20001
(202) 220-8049
johnlomas@eversheds-sutherland.com
williamobrien@eversheds-sutherland.com