



NIXIE    100    SC 1    @110/31/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001289999    *1663-00125-30-44

OFFICIAL BUSINESS

23 SEP 2025 PM 1 L

US POSTAGE PITNEY BOWES
ZIP 20001   $ 001.70
02 7W
0008034592 SEP 23 2025

RECEIVED
Mailroom
NOV - 5 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Litigation Department of the State of Libya
Bab Bin Ghashir Street
Tripoli, Libya

NN