IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞIRKETİ, *Plaintiff*, v. STATE OF LIBYA, *Defendant*. | Case No. 1:22-cv-00864 (JMC) |

**CERTIFICATE UNDER RULE LCVR 26.1**

I, the undersigned, counsel of record for non-party National Oil Corporation of Libya ("NOC"), certify that to the best of my knowledge and belief, no parent company, subsidiary, affiliate, or company which owns at least 10% of stock of the NOC has any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December 22, 2025

                        Respectfully submitted,

                        CURTIS, MALLET-PREVOST,
                         COLT & MOSLE, LLP

                        */s/ Joseph D. Pizzurro*
                        Joseph D. Pizzurro
                        1717 Pennsylvania Avenue NW

Washington, D.C. 20006
(202) 452-7373
jpizzurro@curtis.com

Robert B. Garcia (*pro hac vice*)
101 Park Avenue
New York, NY 10178
(212) 696-6000
robert.garcia@curtis.com

*Attorneys for Non-Party National Oil Corporation of Libya*

-2-