IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞIRKETİ,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>STATE OF LIBYA,<br><br>　　　　*Defendant*. | Case No. 1:22-cv-00864 (JMC) |

**NOTICE OF NON-PARTY NATIONAL OIL CORPORATION OF LIBYA'S MOTION FOR PROTECTIVE ORDER**

Non-party National Oil Corporation of Libya, by and through its undersigned counsel, hereby moves for a protective order pursuant to Federal Rule of Civil Procedure 26(c). This motion is based on the accompanying documents filed concurrently herewith: (1) the Memorandum of Points and Authorities, dated December 22, 2025, and (2) the Declaration of Robert Garcia and exhibits thereto, dated December 22, 2025.

Dated: December 22, 2025

                                      Respectfully submitted,

                                      CURTIS, MALLET-PREVOST,
                                        COLT & MOSLE, LLP

*/s/ Joseph D. Pizzurro*
Joseph D. Pizzurro
1717 Pennsylvania Avenue NW
Washington, D.C. 20006
(202) 452-7373
jpizzurro@curtis.com

Robert B. Garcia (*pro hac vice*)
101 Park Avenue
New York, NY 10178
(212) 696-6000
robert.garcia@curtis.com

*Attorneys for Non-Party National Oil Corporation of Libya*

-2-