IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ,<br><br>      *Plaintiff*,<br><br>v.<br><br>STATE OF LIBYA,<br><br>      *Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No. 1:22-cv-00864 (JMC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER GRANTING NON-PARTY NATIONAL OIL CORPORATION OF LIBYA'S MOTION FOR PROTECTIVE ORDER**

UPON CONSIDERATION of non-party National Oil Corporation of Libya's ("NOC") Motion for Protective Order to quash the subpoena against NOC and preclude Plaintiff Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak") from seeking any discovery from any party into NOC's business affairs, assets or corporate structure, it is hereby **ORDERED** that the Motion for Protective Order is **GRANTED**.

      **SO ORDERED.**

Dated: _____, 2025.

_____
The Hon. Jia M. Cobb
United States District Judge