UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ,

        Plaintiff,

-against-

THE STATE OF LIBYA,

        Defendant.

Case No. 1:22-cv-00864-JMC

---

## DECLARATION OF BENJAMIN D. REICHARD

Counsel of record for Plaintiff Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak"), BENJAMIN D. REICHARD, declares as follows:

1. I am a partner of the law firm of Fishman Haygood, LLP, counsel for Plaintiff Etrak in the above-captioned action, and I have been admitted *pro hac vice* to practice before the Court in this action.

2. I submit this Declaration in connection with Etrak's Opposition to the State of Libya's National Oil Corporation's Motion for Protective Order, filed herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of e-mail correspondence dated Sep. 1, 2025, from Molly L. Wells, counsel for Etrak, to Eversheds, counsel for the State of Libya ("Libya");

4. Attached hereto as Exhibit 2 is a true and correct copy of the Proof of Service for the subpoena that Etrak issued and served upon LNOC;

5. Attached hereto as Exhibit 3 is a true and correct copy email correspondence dated Sep. 9, 2025, from Molly L. Wells, counsel for Etrak, to Eversheds, counsel for Libya, as well as true and correct copies of the notices of deposition subpoenas attached thereto;

6. Attached hereto as Exhibit 4 is a true and correct copy of the Proof of Service for the deposition subpoena that Etrak issued to Mrs. Krystal Edwards;

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Molly L. Wells, counsel to Etrak, to Alabbar and bounce back notice dated Oct. 7-8, 2025;

8. Attached hereto as Exhibit 6 is a true and correct copy of the email exchanges related to Etrak's relief under 28 U.S.C. § 1610(c) between Molly L. Wells and the Libyan Contact for service that was provided to Etrak by Eversheds prior to their withdrawal, Ali Alyaseer ("Alyaseer") dated Oct. 21 to Dec. 10, 2025, as well as true and correct copies of all of the attachments to the emails included;

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Krystal Edwards, taken by counsel for Etrak on Oct. 28, 2025.

10. Attached hereto as Exhibit 8 is a true and correct copy of an email from Molly L. Wells to Alyaseer dated Nov. 5, 2025 regarding Etrak's Notice of Respondent's Noncompliance with Discovery Order as well as a true and correct copy of the attachments thereto;

11. Attached hereto as Exhibit 9 at pp. 1-31 is a true and correct copy of an email from Molly L. Wells, counsel for Etrak, to Alyaseer dated Nov. 6, 2025, as well as true and correct copies of all attachments thereto. For ease of reference, Exhibit 9 also includes true and correct copies of the proof of services for the deposition subpoenas Etrak issued to Alabbar, Bernard, Denbarno, and Elfesatwi, at pp. 32-59;

12. Attached hereto as Exhibit 10 is a true and correct copy of Expert Report of Alaref Kashar (Jan. 5, 2026), along with the exhibits thereto;

13. Attached hereto as Exhibit 11 is a true and correct copy of a certified English translation of the Paris Court of Appeal, General Registry Number: No. RG 24/07515, Judgment of June 19, 2025, along with a true a correct copy of the certification;

14. Attached hereto as Exhibit 12 is a true and correct copy of LinkedIn, Libyan National Oil Corporation, accessed by counsel for Etrak in October 2025;

15. Attached hereto as Exhibit 13 is a true and correct copy of Aljazeera, "Libyan oil firm chief denounces Tripoli's move to replace him" (July 14, 2022), last accessed by counsel for Etrak on Jan. 5, 2026;

16. Attached hereto as Exhibit 14 is a true and correct copy of LibyaHerald, "Supreme Council for Energy Affairs holds first meeting" (Oct. 19, 2022), last accessed by counsel for Etrak on Jan. 5, 2026;

17. Attached hereto as Exhibit 15 is a true and correct copy of The Libya Observer, "Government approves NOC plan for 2023-2027" (Mar. 30, 2023), last accessed by counsel for Etrak on Jan. 5, 2026;

18. Attached hereto as Exhibit 16 is a true and correct copy of LNOC Press Release, "Chairman of Board of Directors discusses with the Governor of the Central Bank of Libya ways to enhance cooperation between the two institutions" (Jun. 17, 2025), last accessed by counsel for Etrak on Jan. 5, 2026;

19. Attached hereto as Exhibit 17 is a true and correct copy of LNOC Press Release, "The National Oil Corporation (NOC) issues a statement on the amounts received from the

Ministry of Finance and the expenditure mechanism for 2025" (Sep. 13, 2025), last accessed by counsel for Etrak on Jan. 5, 2026;

20. Attached hereto as Exhibit 18 is a true and correct copy of LNOC Press Release, "National Oil Corporation Statement" (Mar. 25, 2025), last accessed by counsel for Etrak on Jan. 5, 2026;

21. Attached hereto as Exhibit 19 is a true and correct copy of LNOC, "National Oil Corporation Statement on Addressing Rumors and Unprofessional Analyses Regarding National Oil Revenues" (Apr. 3, 2025), last accessed by counsel for Etrak on Jan. 5, 2026;

22. Attached hereto as Exhibit 20 is a true and correct copy of Reuters, "Tripoli gov't gives Libya's NOC $1 billion in funding" (Oct. 6, 2019), last accessed by counsel for Etrak on Jan. 5, 2026;

23. Attached hereto as Exhibit 21 is a true and correct copy of LNOC Press Release, "National Oil Corporation Statement on Revenues" (Nov. 25, 2024), last accessed by counsel for Etrak on Jan. 5, 2026;

24. Attached hereto as Exhibit 22 is a true and correct copy of Reuters, "Libya oil minister says he suspends NOC chief" (Aug. 29, 2021), last accessed by counsel for Etrak on Jan. 5, 2026;

25. Attached hereto as Exhibit 23 is a true and correct copy of LNOC Press Release, "NOC Chairman shares perspective on conflict zone governance at Georgetown University" (Oct. 19, 2019), last accessed by counsel for Etrak on Jan. 5, 2026;

26. Attached hereto as Exhibit 24 is a true and correct copy of LNOC, "About Us" webpage, last accessed by counsel for Etrak on Jan. 5, 2026;

27. Attached hereto as Exhibit 25 is a true and correct copy of LNOC Press Release, "A Message from NOC Chairman, Eng. Masoud Suleman, to the OPEC Conference held in Vienna" (July 9, 2025), last accessed by counsel for Etrak on Jan. 5, 2026;

28. Attached hereto as Exhibit 26 is a true and correct copy of LNOC Press Release, "NOC opens first international office to lead 60 billion USD procurement drive" (May 10, 2019), last accessed by counsel for Etrak on Jan. 5, 2026;

29. Attached hereto as Exhibit 27 is a true and correct copy of LNOC Press Release, "Press Briefing" (July 23, 2025), last accessed by counsel for Etrak on Jan. 5, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2026
New Orleans, LA

                                                */s/ Benjamin D. Reichard*
                                                Benjamin D. Reichard