UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ, | : <br> : |
| Plaintiff, | : <br> : |
| -against- | : Case No. 1:22-cv-00864-JMC <br> : |
| THE STATE OF LIBYA, | : <br> : |
| Defendant. | : <br> : <br> : <br> : <br> : |

---

## [PROPOSED] ORDER

Before the Court is the Motion for Protective Order filed by the State of Libya ("Libya") (ECF No. 66) and the Opposition thereto filed by Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak" or "Petitioner")'s (ECF No. 68).

Having considered all briefing on the motion, the procedural posture, and applicable law, the Court **DENIES** the Motion for Protective Order.

Washington, D.C., this _____ day of _____, 2026.

_____
U.S. DISTRICT COURT JUDGE