**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞIRKETİ,

*Plaintiff*,

v.

STATE OF LIBYA,

*Defendant*.

Case No. 1:22-cv-00864 (JMC)

## NOTICE OF APPEAL

Notice is hereby given that non-party National Oil Corporation of Libya ("NOC") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order dated September 4, 2026 (ECF No. 106) ("Order") denying NOC's Motion for Protective Order without prejudice and granting jurisdictional discovery into NOC.

By denying NOC's Motion for Protective Order to quash a subpoena served upon it in an action in which it is not a party and requiring NOC to be subjected to jurisdictional discovery, the Order has the effect of abrogating NOC's foreign sovereign immunity. *Process & Indus. Devs. v. Federal Republic of Nigeria*, 962 F.3d 576, 581 (D.C. Cir. 2020). *See also Butler v. Sukhoi Co.*, 579 F.3d 1307, 1311 (11th Cir. 2009); *Peninsula Asset Mgmt. (Cayman) v. Hankook Tire Co.*, 476 F.3d 140, 144 (2d Cir. 2007).

Separately, subjecting NOC to discovery designed to provide evidence to justify shifting liability on the judgment to NOC on a theory of alter ego in an action in which it is not a party

goes beyond the subject matter jurisdiction of the district court. According to the Supreme Court in *Peacock v. Thomas*, the district court's ancillary jurisdiction in judgment enforcement proceedings does not extend to proceedings designed to impose liability on non-parties. 516 U.S. 349 (1996).

Accordingly, this Court has been divested of jurisdiction to take any action with respect to NOC in these proceedings, including granting the jurisdictional discovery requested by Plaintiff Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi's ("Etrak") into NOC, pending the D.C. Circuit's resolution of NOC's appeal from the denial of its Motion for Protective Order. *See Princz v. Federal Republic of Germany*, 998 F.2d 1, 1 (D.C. Cir. 1993) (per curiam) (Ginsburg, R.B., & Wald, J.J.).

CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP

/s/ *Joseph D. Pizzurro*
Joseph D. Pizzurro (D.C. Bar No. 468922)
Juan O. Perla (D.C. Bar No. 1660389)
Robert J. Groot (D.C. Bar No. NY0700)
1875 K Street NW, Suite 425
Washington, D.C. 20006
(202) 452-7373
jpizzurro@curtis.com
jperla@curtis.com
rgroot@curtis.com

*Attorneys for Non-party*
*National Oil Corporation of Libya*