APPEAL,CLOSED,TYPE−E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:22−cv−00864−JMC
## *Internal Use Only*

ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI v. STATE OF LIBYA
Assigned to: Judge Jia M. Cobb
Cause: 27:185 Enforcement of Arbitration Award

Date Filed: 03/30/2022
Date Terminated: 03/03/2025
Jury Demand: None
Nature of Suit: 896 Arbitration
Jurisdiction: Federal Question

**Plaintiff**

**ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI**

represented by

**Benjamin Dox Reichard**
FISHMAN HAYGOOD, LLP
201 St. Charles Avenue
Suite 4600
New Orleans, LA 70170
504−586−5252
Email: breichard@fishmanhaygood.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gladstone Jones**
JONES SWANSON HUDDELL LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130
504−523−2500
Email: gjones@jonesswanson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn E. Swanson**
JONES SWANSON HUDDELL LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130
504−523−2500
Fax: 504−523−2508
Email: lswanson@jonesswanson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly Wells**
FISHMAN HAYGOOD, LLP
201 St. Charles Avenue
46th Floor
New Orleans, LA 70170

504−586−5252
Fax: 504−586−5250
Email: mwells@fishmanhaygood.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Owen Verrill , Jr.**
1055 Thomas Jefferson Street
Washington, DC 20007
202−390−8245
Email: charlesverrill@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**STATE OF LIBYA** represented by

**Daniel G. Morris**
OFFICE OF THE GOVERNOR
513 West Marine Corps Drive
Ricardo J. Bordallo Governor's Complex
Hagatna, GU 96910
671−473−1117
Email: daniel.morris@doj.vi.gov
*TERMINATED: 09/02/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Dominic Pizzurro**
CURTIS, MALLET−PREVOST, COLT &
MOSLE LLP
1875 K Street NW425
Washington D.C., DC 20006
202−452−7373
Email: jpizzurro@curtis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan Otoniel Perla**
CURTIS, MALLET−PREVOST, COLT &
MOSLE, LLP
101 Park Avenue
New York, NY 10178
212−696−6170
Email: jperla@curtis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olivia Wang**
CURTIS, MALLET−PREVOST, COLT &
MOSLE
101 Park Ave, 35th Floor

New York, NY 10178
212−696−6039
Email: owang@curtis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Brian Garcia**
CURTIS, MALLET−PREVOST, COLT & MOSLE, LLP
101 Park Avenue
Ste 35th Floor
New York, NY 10178
212−696−6052
Fax: 917−368−8862
Email: robert.garcia@curtis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Groot**
CURTIS, MALLET−PREVOST, COLT & MOSLE
101 Park Ave, 35th Floor
New York, NY 10178
212−696−8877
Email: rgroot@curtis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sylvi Sareva**
CURTIS, MALLET−PREVOST, COLT & MOSLE
101 Park Ave, 35th Floor
New York, NY 10178
212−696−6934
Email: ssareva@curtis.com
*TERMINATED: 05/08/2026*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William T. O'Brien**
EVERSHEDS SUTHERLAND (US) LLP
700 6th Street Northwest
Washington, DC 20001
202−220−8236
Fax: 202−637−3593
Email: williamobrien@eversheds−sutherland.com
*TERMINATED: 10/06/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Lomas , Jr**
EVERSHEDS−SUTHERLAND (US) LLP
700 6th Street, NW
Suite 700
Washington, DC 20001−3980
202−220−8049
Email: johnlomas@eversheds−sutherland.com
*TERMINATED: 09/19/2025*

**Movant**

**NATIONAL OIL CORPORATION OF LIBYA** represented by

**Joseph Dominic Pizzurro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan Otoniel Perla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olivia Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Brian Garcia**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Groot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2022 | 1 | PETITION TO CONFIRM ARBITRATION AWARD against STATE OF LIBYA ( Filing fee $ 402 receipt number ADCDC−9139214) filed by Etrak Insaat Taahhut Ve Ticaret Anonim Sirketi. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Exhibit A, # 4 Exhibit A1, # 5 Exhibit A2, # 6 Exhibit A3, # 7 Exhibit A4)(Verrill, Charles) (Entered: 03/30/2022) |
| 03/30/2022 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by Etrak Insaat Taahhut Ve Ticaret Anonim Sirketi (Verrill, Charles) (Entered: 03/30/2022) |
| 03/30/2022 | 3 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Benjamin Reichard, Filing fee $ 100, receipt number ADCDC−9139279. Fee Status: Fee Paid. by Etrak Insaat Taahhut Ve Ticaret Anonim Sirketi. (Attachments: # 1 Declaration)(Verrill, Charles) (Entered: 03/30/2022) |

| | | |
|---|---|---|
| 03/30/2022 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Molly Wells, Filing fee $ 100, receipt number ADCDC−9139302. Fee Status: Fee Paid. by Etrak Insaat Taahhut Ve Ticaret Anonim Sirketi. (Attachments: # 1 Declaration)(Verrill, Charles) (Entered: 03/30/2022) |
| 04/01/2022 | | NOTICE OF ERROR re 1 Petition to Confirm Arbitration Award; emailed to charlesverrill@gmail.com, cc'd 0 associated attorneys −− The PDF file you docketed contained errors: 1. Noncompliance with LCvR 5.1(c). Please file an errata correcting the initiating pleading to include the name & full residence address of each party using the event Errata., 2. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zmh, ) (Entered: 04/01/2022) |
| 04/01/2022 | 5 | ERRATA by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Errata)(Verrill, Charles) (Entered: 04/01/2022) |
| 04/04/2022 | | Case Assigned to Judge Jia M. Cobb. (zmh) (Entered: 04/04/2022) |
| 04/04/2022 | 6 | SUMMONS(1) Issued Electronically as to STATE OF LIBYA. (Attachment: # 1 Notice and Consent)(zmh) (Entered: 04/04/2022) |
| 04/04/2022 | | MINUTE ORDER granting 3 Motion for Leave to Appear Pro Hac Vice: Attorney Benjamin Dox Reichard is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)**. Signed by Judge Jia M. Cobb on April 4, 2022. (lcjmc1) (Entered: 04/04/2022) |
| 04/04/2022 | | MINUTE ORDER granting 4 Motion for Leave to Appear Pro Hac Vice:Attorney Molly Louise Wells is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)**. Signed by Judge Jia M. Cobb on April 4, 2022. (lcjmc1) (Entered: 04/04/2022) |
| 04/06/2022 | 7 | NOTICE of Appearance by Molly Wells on behalf of ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI (Wells, Molly) (Entered: 04/06/2022) |
| 04/06/2022 | 8 | NOTICE of Appearance by Benjamin Dox Reichard on behalf of ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI (Reichard, Benjamin) (Entered: 04/06/2022) |
| 06/08/2022 | 9 | NOTICE *of Suit* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI (Wells, Molly) (Entered: 06/08/2022) |
| 07/05/2022 | 10 | AFFIDAVIT REQUESTING FOREIGN MAILING by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Letter re Affidavit Requesting Foreign Service)(Wells, Molly) (Entered: 07/05/2022) |
| 07/12/2022 | 11 | AFFIDAVIT REQUESTING FOREIGN MAILING by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit)(Wells, Molly) (Entered: 07/12/2022) |
| 07/12/2022 | 12 | REQUEST from ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by FEDEX, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (See Docket Entry 11 to view document) (zjm) (Entered: 07/15/2022) |

| | | |
|---|---|---|
| 07/15/2022 | 13 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on 07/15/2022, by FEDEX, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (Attachment: # 1 Waybill) (zjm) (Entered: 07/15/2022) |
| 08/03/2022 | 14 | AFFIDAVIT REQUESTING FOREIGN MAILING by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit)(Wells, Molly) (Entered: 08/03/2022) |
| 08/09/2022 | 15 | REQUEST from Plaintiff for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (zjf) (Entered: 08/09/2022) |
| 08/09/2022 | 16 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on Defendant, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 Waybill) (zjf) (Entered: 08/09/2022) |
| 08/24/2022 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI served on 8/21/2022, answer due 10/20/2022. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Wells, Molly) (Entered: 08/24/2022) |
| 09/08/2022 | 18 | NOTICE of Appearance by William T. O'Brien on behalf of STATE OF LIBYA (O'Brien, William) (Entered: 09/08/2022) |
| 09/08/2022 | 19 | NOTICE of Appearance by John W. Lomas, Jr on behalf of STATE OF LIBYA (Lomas, John) (Entered: 09/08/2022) |
| 09/08/2022 | 20 | NOTICE of Appearance by Daniel G. Morris on behalf of STATE OF LIBYA (Morris, Daniel) (Entered: 09/08/2022) |
| 10/20/2022 | 21 | ANSWER to Complaint */ANSWER TO PETITION TO CONFIRM FOREIGN ARBITRAL AWARD* by STATE OF LIBYA.(O'Brien, William) (Entered: 10/20/2022) |
| 10/24/2022 | | MINUTE ORDER: The Court ORDERS that the Parties confer and submit a joint proposed schedule for further proceedings, which shall include a proposed schedule for briefing dispositive motions, by November 14, 2022. Signed by Judge Jia M. Cobb on October 24, 2022. (lcjmc2) (Entered: 10/24/2022) |
| 10/26/2022 | 22 | MOTION to Stay *& Memorandum in Support of its Motion to Stay* by STATE OF LIBYA. (Attachments: # 1 Declaration of Jonathan Leach w Exs 1−4, # 2 Declaration of Suad Wanis Ghadesh)(O'Brien, William) (Entered: 10/26/2022) |
| 11/03/2022 | 23 | Unopposed MOTION for Extension of Time to File *Joint Proposed Schedule, Opposition, and Reply* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Wells, Molly) (Entered: 11/03/2022) |
| 11/04/2022 | | MINUTE ORDER granting 23 Unopposed Motion for Extension of Deadlines: Upon consideration of Plaintiff's Unopposed Motion for Extension of Deadlines, it is ORDERED the Motion is GRANTED. Parties will submit a proposed briefing schedule by November 21, 2022. Plaintiff will respond to Defendant's 22 Motion to Stay by November 23, 2022. Defendant will reply to Plaintiff's opposition by December 7, 2022. Signed by Judge Jia M. Cobb on November 4, 2022. (lcjmc2) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| 11/21/2022 | 24 | NOTICE *of Joint Proposed Schedule* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI re Order,, Set Deadlines, Order on Motion for Extension of Time to File,, Set/Reset Deadlines, (Wells, Molly) (Entered: 11/21/2022) |
| 11/23/2022 | | SCHEDULING ORDER: The Court has reviewed the Parties' 24 Notice of Joint Proposed Schedule. Plaintiff will file a Response to Defendant's Motion to Stay by November 23, 2022. Defendant will file a Reply by December 7, 2022. Plaintiff will file a Motion to Confirm Foreign Arbitration Award by December 21, 2022. Defendant will file a Response to the Motion to Confirm Foreign Arbitration Award by January 27, 2023. Plaintiff will file a Reply in support of the Motion to Confirm Foreign Arbitration Award by February 10, 2023. Signed by Judge Jia M. Cobb on November 23, 2022. (lcjmc2) (Entered: 11/23/2022) |
| 11/23/2022 | | Set/Reset Deadlines: Motion to Confirm Foreign Arbitration Award due by 12/21/2022. Response to Motion to Confirm Foreign Arbitration Award due by 1/27/2023 Replies due by 2/10/2023. (zglw) (Entered: 11/23/2022) |
| 11/23/2022 | 25 | ENTERED IN ERROR.....Memorandum in opposition to re 22 Motion to Stay filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Wells, Molly) Modified on 11/25/2022 (ztth). (Entered: 11/24/2022) |
| 11/24/2022 | 26 | Memorandum in opposition to re 22 Motion to Stay filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Wells, Molly) (Entered: 11/24/2022) |
| 11/25/2022 | | NOTICE OF ERROR regarding 25 Memorandum in Opposition. Other − Said pleading was entered in error and refiled by counsel as Docket Entry 26 . (ztth) (Entered: 11/25/2022) |
| 12/07/2022 | 27 | REPLY to opposition to motion re 26 Memorandum in Opposition filed by STATE OF LIBYA. (O'Brien, William) (Entered: 12/07/2022) |
| 12/21/2022 | 28 | MOTION to Confirm *Arbitration Award* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Wells, Molly) (Entered: 12/21/2022) |
| 01/27/2023 | 29 | RESPONSE re 28 MOTION to Confirm *Arbitration Award* filed by STATE OF LIBYA. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Declaration Declaration of Jonathan Leach w Exs 1−4, # 3 Declaration Declaration of Suad Wanis Ghadesh)(O'Brien, William) (Entered: 01/27/2023) |
| 02/10/2023 | 30 | REPLY to opposition to motion re 29 Response to motion, filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Declaration, # 2 Exhibit)(Wells, Molly) (Entered: 02/10/2023) |
| 03/24/2023 | 31 | MOTION for Leave to File *Supplemental Memorandum in Support of Motion to Confirm Arbitration Award* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Text of Proposed Order, # 2 Proposed Pleading, # 3 Declaration, # 4 Exhibit, # 5 Exhibit)(Wells, Molly) (Entered: 03/24/2023) |
| 03/28/2023 | 32 | NOTICE *that Motion for Leave is Conditionally Unopposed* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI re 31 Motion for Leave to File, (Wells, Molly) (Entered: 03/28/2023) |

| | | |
|---|---|---|
| 03/29/2023 | | NOTICE OF ERROR re 32 Notice (Other); emailed to mwells@fishmanhaygood.com, cc'd 11 associated attorneys −− The PDF file you docketed contained errors: 1. **Please note the following for future filings; do not refile document**, 2. Future filings may be ENTERED IN ERROR, 3. Incorrect format (Letter); all documents must be formatted in compliance with Local Rules. (znmw, ) (Entered: 03/29/2023) |
| 03/29/2023 | | MINUTE ORDER granting 31 Plaintiff's Conditionally Unopposed Motion for Leave to File Supplemental Memorandum in Support of Motion to Confirm Arbitration Award: Upon consideration of the Motion and Plaintiff's representations made in its 32 Notice that Motion For Leave is Conditionally Unopposed, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Defendant may file a Response to Plaintiff's Supplemental Memorandum that addresses only the recent order of the Paris Court of Appeal by April 12, 2023. Defendant's response memorandum may not exceed five typed, double−spaced pages. *See* Local Civil Rule 5.1(d). Signed by Judge Jia M. Cobb on March 29, 2023. (lcjmc2) (Entered: 03/29/2023) |
| 03/29/2023 | 34 | SUPPLEMENTAL MEMORANDUM to re 28 MOTION to Confirm *Arbitration Award* filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B)(znmw) (Entered: 04/13/2023) |
| 04/12/2023 | 33 | RESPONSE re 34 SUPPLEMENTAL MEMORANDUM *Supplemental Memorandum in Support of Motion to Confirm Arbitration Award* filed by STATE OF LIBYA. (O'Brien, William) Modified event title and link on 4/13/2023 (znmw). (Entered: 04/12/2023) |
| 02/15/2024 | 35 | NOTICE *REGARDING FULLY BRIEFED STATUS* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI re 28 Motion to Confirm, (Wells, Molly) (Entered: 02/15/2024) |
| 02/04/2025 | 36 | MEMORANDUM OPINION re 22 Motion to Stay; 28 Motion to Confirm Arbitration Award: See document for details. Signed by Judge Jia M. Cobb on February 4, 2025. (lcjmc2) (Entered: 02/04/2025) |
| 02/04/2025 | 37 | ORDER denying 22 Motion to Stay and granting 28 Motion to Confirm Arbitration Award: See document for details. Signed by Judge Jia M. Cobb on February 4, 2025. (lcjmc2) (Entered: 02/04/2025) |
| 02/18/2025 | 38 | NOTICE of Proposed Order *of Judgment* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI (Attachments: # 1 Text of Proposed Order)(Wells, Molly) (Entered: 02/18/2025) |
| 03/03/2025 | 39 | ORDER entering judgment for Plaintiff. The Clerk of Court is directed to terminate this case. Signed by Judge Jia M. Cobb on March 3, 2025. (lcjmc2) (Entered: 03/03/2025) |
| 07/03/2025 | 40 | MOTION to Withdraw as Attorney by STATE OF LIBYA. (Lomas, John) (Entered: 07/03/2025) |
| 07/07/2025 | 41 | NOTICE of Memorandum in opposition to re 40 MOTION to Withdraw as Attorney filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wells, Molly) Modified event on 7/7/2025, pursuant to counsel (mg). (Entered: 07/07/2025) |

| | | |
|---|---|---|
| 07/17/2025 | 42 | MOTION to Compel by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(Wells, Molly) M (Entered: 07/17/2025) |
| 07/17/2025 | 43 | Memorandum in opposition to re 40 MOTION to Withdraw as Attorney filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Wells, Molly) (Entered: 07/17/2025) |
| 07/21/2025 | | MINUTE ORDER denying 40 Motion to Withdraw as Attorney without prejudice: Defendant's counsel's motion to withdraw as attorney does not comply with Local Civil Rule 83.6(c), which requires that "a motion to withdraw an appearance shall be accompanied by a certificate of service... stating that the attorney has served upon the party... notice *advising the party to obtain other counsel*, or, if the party intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of the motion." LCvR 83.6(c) (emphasis added). Defendant's 40 motion is therefore DENIED without prejudice to refiling a compliant motion. Signed by Judge Jia M. Cobb on July 21, 2025. (lcjmc2) (Entered: 07/21/2025) |
| 07/28/2025 | 44 | MOTION to Withdraw as Attorney by STATE OF LIBYA. (Lomas, John) (Entered: 07/28/2025) |
| 07/29/2025 | 45 | MOTION to Stay re 42 MOTION to Compel , MOTION for Extension of Time to File Response/Reply as to 42 MOTION to Compel by STATE OF LIBYA. (Lomas, John) (Entered: 07/29/2025) |
| 07/31/2025 | | MINUTE ORDER staying 42 Motion to Compel; staying 44 Motion to Withdraw as Attorney; staying 45 Motion to Stay re Motion to Compel; staying 45 Motion for Extension of Time: The Court is in receipt of Defense Counsel's motion to withdraw. As such, the Court ORDERS that this case is stayed until August 29, 2025 to allow Defendant State of Libya to engage substitute counsel. If no substitute counsel enters an appearance during this period, the Court will then determine whether to grant Defendant Counsel's motion. Signed by Judge Jia M. Cobb on July 31, 2025. (lcjmc2) (Entered: 07/31/2025) |
| 08/11/2025 | 46 | Memorandum in opposition to re 44 MOTION to Withdraw as Attorney filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Wells, Molly) (Entered: 08/11/2025) |
| 08/29/2025 | 47 | Unopposed MOTION to Withdraw as Attorney *Daniel G. Morris* by STATE OF LIBYA. (Attachments: # 1 Declaration of Daniel G. Morris)(Lomas, John) (Entered: 08/29/2025) |
| 09/02/2025 | | MINUTE ORDER granting 47 Motion to Withdraw as Attorney: The motion to withdraw appearance of Daniel G. Morris is hereby GRANTED. Signed by Judge Jia M. Cobb on September 2, 2025. (lcjmc2) (Entered: 09/02/2025) |
| 09/05/2025 | | NOTICE of Hearing: Status Conference re: ECF 44 set for 9/19/2025 at 10:00 AM by Telephonic/VTC before Judge Jia M. Cobb. (zcll) (Entered: 09/05/2025) |
| 09/11/2025 | 48 | Memorandum in opposition to re 45 MOTION to Stay re 42 MOTION to Compel MOTION for Extension of Time to File Response/Reply as to 42 MOTION to Compel filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order)(Wells, Molly) (Entered: 09/11/2025) |
| 09/19/2025 | | Minute Entry for Video Status Conference held on 9/19/2025 before Judge Jia M. Cobb. Parties discussed posture of the case. For the reasons stated on the record, the Court GRANTED Plaintiff's Motion 42 to Compel and Defendant's Motion 44 to Withdraw as Attorney. The Court further DENIED Defendant's Motion 45 to Stay. Forthcoming Order. Court Reporter: Stacy Johns. (zljn) (Entered: 09/19/2025) |
| 09/19/2025 | 49 | ORDER re 42 Motion to Compel, 44 Motion to Withdraw, and 45 Motion to Stay: See document for details. Signed by Judge Jia M. Cobb on September 19, 2025. (lcjmc2) (Entered: 09/19/2025) |
| 10/03/2025 | 50 | NOTICE *of Compliance* by STATE OF LIBYA re 49 Order (Lomas, John) (Entered: 10/03/2025) |
| 10/06/2025 | | MINUTE ORDER re 44 Motion to Withdraw: The motion to withdraw appearances of Attorneys William T. O'Brien and John W. Lomas, Jr. is hereby GRANTED. Signed by Judge Jia M. Cobb on October 6, 2025. (lcjmc2) (Entered: 10/06/2025) |
| 10/14/2025 | 51 | Mail Returned as Undeliverable sent to STATE OF LIBYA on 10/06/2025. Type of Document Returned: 10/06/2025 Minute Order. New Address Unknown; unable to forward.(zljn) (Entered: 10/21/2025) |
| 10/24/2025 | 52 | MOTION for Relief Under 28 U.S.C. § 1610(c) by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order)(Wells, Molly) (Entered: 10/24/2025) |
| 11/05/2025 | 53 | NOTICE *of Noncompliance* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI re 49 Order (Wells, Molly) (Entered: 11/05/2025) |
| 11/05/2025 | 55 | Mail Returned as Undeliverable sent to STATE OF LIBYA on 09/22/2025. Type of Document Returned: 49 Order. New Address Unknown; unable to forward. (zljn) (Entered: 11/25/2025) |
| 11/10/2025 | 54 | REPLY re 52 MOTION for Relief Under 28 U.S.C. § 1610(c) filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Wells, Molly) (Entered: 11/10/2025) |
| 12/08/2025 | 56 | MEMORANDUM OPINION granting 52 Motion for Relief: See document for details. Signed by Judge Jia M. Cobb on December 8, 2025. (lcjmc2) (Entered: 12/08/2025) |
| 12/08/2025 | 57 | ORDER granting 52 Motion for Relief Under 28 U.S.C. § 1610(c): See document for details. Signed by Judge Jia M. Cobb on December 8, 2025. (lcjmc2) (Entered: 12/08/2025) |
| 12/18/2025 | 58 | NOTICE of Appearance by Joseph Dominic Pizzurro on behalf of STATE OF LIBYA (Pizzurro, Joseph) (Entered: 12/18/2025) |
| 12/18/2025 | 59 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Robert Garcia, Filing fee $ 100, receipt number ADCDC−12144867. Fee Status: Fee Paid. by STATE OF LIBYA. (Attachments: # 1 Declaration −Robert Garcia, # 2 −Certificate of Good−Standing, # 3 Text of Proposed Order)(Pizzurro, Joseph) (Entered: 12/18/2025) |
| 12/18/2025 | 60 | NOTICE *of Retention of New Counsel* by STATE OF LIBYA re 49 Order (Pizzurro, Joseph) (Entered: 12/18/2025) |

| | | |
|---|---|---|
| 12/19/2025 | | MINUTE ORDER granting 59 Motion for Leave to Appear Pro Hac Vice: Attorney Robert Garcia is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Jia M. Cobb on December 19, 2025. (lcjmc2) (Entered: 12/19/2025) |
| 12/22/2025 | 61 | NOTICE of Appearance by Robert Brian Garcia on behalf of STATE OF LIBYA (Garcia, Robert) (Entered: 12/22/2025) |
| 12/22/2025 | 62 | RESPONSE TO ORDER TO SHOW CAUSE re 49 Order filed by STATE OF LIBYA. (Attachments: # 1 Declaration −Robert Garcia, # 2 Exhibit −1)(Pizzurro, Joseph) (Entered: 12/22/2025) |
| 12/22/2025 | 63 | NOTICE of Appearance by Joseph Dominic Pizzurro on behalf of National Oil Corporation of Libya (Pizzurro, Joseph) (Entered: 12/22/2025) |
| 12/22/2025 | 64 | NOTICE of Appearance by Robert Brian Garcia on behalf of National Oil Corporation of Libya (Garcia, Robert) (Entered: 12/22/2025) |
| 12/22/2025 | 65 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by National Oil Corporation of Libya (Pizzurro, Joseph) (Entered: 12/22/2025) |
| 12/22/2025 | 66 | MOTION for Protective Order by National Oil Corporation of Libya. (Attachments: # 1 Memorandum in Support, # 2 Declaration −Robert Garcia, # 3 Exhibit −1 to 17, # 4 Text of Proposed Order)(Pizzurro, Joseph) (Entered: 12/22/2025) |
| 12/31/2025 | 67 | MOTION to Strike 62 Response to Order to Show Cause *and Incorporated Memorandum of Points and Authorities in Support* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Reichard, Benjamin) (Entered: 12/31/2025) |
| 01/05/2026 | 68 | Memorandum in opposition to re 66 MOTION for Protective Order filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Exhibits to Declaration, # 3 Text of Proposed Order)(Reichard, Benjamin) (Entered: 01/05/2026) |
| 01/12/2026 | 69 | REPLY to opposition to motion re 66 Motion for Protective Order filed by NATIONAL OIL CORPORATION OF LIBYA. (Pizzurro, Joseph) (Entered: 01/12/2026) |
| 01/14/2026 | 70 | RESPONSE re 67 MOTION to Strike 62 Response to Order to Show Cause *and Incorporated Memorandum of Points and Authorities in Support* filed by STATE OF LIBYA. (Attachments: # 1 Declaration −Joseph D. Pizzurro)(Pizzurro, Joseph) (Entered: 01/14/2026) |
| 01/19/2026 | 71 | Final MOTION for Leave to Appear Pro Hac Vice :Attorney Name− lynn swanson, Fee Status: No Fee Paid. by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 motion pro hac vic)(Verrill, Charles) (Entered: 01/19/2026) |
| 01/19/2026 | 72 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− gladstone jones, Fee Status: No Fee Paid. by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Verrill, Charles) (Entered: 01/19/2026) |

| | | |
|---|---|---|
| 01/20/2026 | | NOTICE OF ERROR regarding 71 Final MOTION for Leave to Appear Pro Hac Vice :Attorney Name− lynn swanson, Fee Status: No Fee Paid.. The following error(s) need correction: Pro Hac Vice filing fee of $100 not paid. Please remit payment using the event Payment of Fee− Pro Hac Vice. Pro Hac Vice motion must be accompanied by a Certificate of Good Standing issued within the last 30 days (LCvR 83.2(c)(2)). Please file certificate as an Errata Declaration must have an original, ink signature. Please refile using the event Declaration. (znmw) (Entered: 01/20/2026) |
| 01/20/2026 | | NOTICE OF ERROR regarding 72 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− gladstone jones, Fee Status: No Fee Paid.. The following error(s) need correction: Pro Hac Vice filing fee of $100 not paid. Please remit payment using the event Payment of Fee− Pro Hac Vice. (znmw) (Entered: 01/20/2026) |
| 01/21/2026 | | Payment for 72 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− gladstone jones, Fee Status: No Fee Paid.. ($100; Receipt number ADCDC−12195953). (Verrill, Charles) (Entered: 01/21/2026) |
| 01/21/2026 | 73 | ERRATA re 71 by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Verrill, Charles) Modified event title on 1/21/2026 (znmw). (Entered: 01/21/2026) |
| 01/21/2026 | 74 | REPLY to opposition to motion re 67 Motion to Strike, filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Declaration)(Reichard, Benjamin) (Entered: 01/21/2026) |
| 01/22/2026 | 75 | MOTION for Leave to File *Surreply to Motion for Protective Order* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Wells, Molly) (Entered: 01/22/2026) |
| 01/28/2026 | 76 | MOTION for Contempt , MOTION for Sanctions *AND INCORPORATED MEMORANDUM IN SUPPORT* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Text of Proposed Order)(Reichard, Benjamin) (Entered: 01/28/2026) |
| 01/29/2026 | | MINUTE ORDER granting 72 Motion for Leave to Appear Pro Hac Vice: Attorney Gladstone Jones is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Jia M. Cobb on January 29, 2026. (lcjmc2) (Entered: 01/29/2026) |
| 02/03/2026 | 77 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− lynn swanson, Filing fee $ 100, receipt number ADCDC−12220568. Fee Status: Fee Paid. by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Verrill, Charles) (Entered: 02/03/2026) |
| 02/03/2026 | | NOTICE OF ERROR regarding 77 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− lynn swanson, Filing fee $ 100, receipt number ADCDC−12220568. Fee Status: Fee Paid.. The following error(s) need correction: Pro Hac Vice motion must be accompanied by a Certificate of Good Standing issued within the last 30 days (LCvR 83.2(c)(2)). Please file certificate as an Errata (znmw) (Entered: 02/03/2026) |
| 02/03/2026 | 78 | ERRATA re 77 Motion for Leave to Appear Pro Hac Vice by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Errata |

| | | |
|---|---|---|
| | | certificate)(Verrill, Charles) Modified event on 2/4/2026 (znmw). (Entered: 02/03/2026) |
| 02/05/2026 | | MINUTE ORDER granting 77 Motion for Leave to Appear Pro Hac Vice and re 78 Errata: Attorney Lynn Swanson is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Jia M. Cobb on February 5, 2026. (lcjmc2) (Entered: 02/05/2026) |
| 02/05/2026 | | MINUTE ORDER denying as moot 71 Motion for Leave to Appear Pro Hac Vice: The Court has granted Attorney Lynn Swanson's revised pro hac vice motion, ECF 77, and DENIES 71 this motion as moot. Signed by Judge Jia M. Cobb on February 5, 2026. (lcjmc2) (Entered: 02/05/2026) |
| 02/05/2026 | 79 | NOTICE of Appearance by Juan Otoniel Perla on behalf of NATIONAL OIL CORPORATION OF LIBYA (Perla, Juan) (Entered: 02/05/2026) |
| 02/05/2026 | 80 | NOTICE of Appearance by Robert Groot on behalf of NATIONAL OIL CORPORATION OF LIBYA (Groot, Robert) (Entered: 02/05/2026) |
| 02/05/2026 | 81 | RESPONSE re 75 MOTION for Leave to File *Surreply to Motion for Protective Order* filed by NATIONAL OIL CORPORATION OF LIBYA. (Pizzurro, Joseph) (Entered: 02/05/2026) |
| 02/10/2026 | 82 | NOTICE of Appearance by Lynn E. Swanson on behalf of ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI (Swanson, Lynn) (Entered: 02/10/2026) |
| 02/11/2026 | 83 | NOTICE of Appearance by Juan Otoniel Perla on behalf of STATE OF LIBYA (Perla, Juan) (Entered: 02/11/2026) |
| 02/11/2026 | 84 | NOTICE of Appearance by Robert Groot on behalf of STATE OF LIBYA (Groot, Robert) (Entered: 02/11/2026) |
| 02/11/2026 | 85 | Memorandum in opposition to re 76 MOTION for Contempt MOTION for Sanctions *AND INCORPORATED MEMORANDUM IN SUPPORT* filed by STATE OF LIBYA. (Pizzurro, Joseph) (Entered: 02/11/2026) |
| 02/12/2026 | 86 | NOTICE of Appearance by Gladstone Jones on behalf of ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI (Jones, Gladstone) (Entered: 02/12/2026) |
| 02/12/2026 | 87 | REPLY to opposition to motion re 75 Motion for Leave to File filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Wells, Molly) (Entered: 02/12/2026) |
| 02/18/2026 | 88 | REPLY to opposition to motion re 76 Motion for Contempt, Motion for Sanctions filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Reichard, Benjamin) (Entered: 02/18/2026) |
| 03/09/2026 | 89 | NOTICE of Appearance by Olivia Wang on behalf of STATE OF LIBYA (Wang, Olivia) (Entered: 03/09/2026) |
| 03/09/2026 | 90 | NOTICE OF SUPPLEMENTAL AUTHORITY by STATE OF LIBYA (Attachments: # 1 Exhibit −A−U.S. Statement of Interest)(Pizzurro, Joseph) (Entered: 03/09/2026) |

| | | |
|---|---|---|
| 03/09/2026 | 91 | MOTION for Leave to File *Supplemental Briefing Regarding United States Government's Statement of Interest* by STATE OF LIBYA. (Attachments: # 1 Exhibit −A−Proposed Supplemental Memorandum, # 2 Text of Proposed Order)(Pizzurro, Joseph) (Entered: 03/09/2026) |
| 03/23/2026 | 92 | Memorandum in opposition to re 91 MOTION for Leave to File *Supplemental Briefing Regarding United States Government's Statement of Interest and* 90 *Notice of Supplemental Authority* filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Wells, Molly) (Entered: 03/23/2026) |
| 03/30/2026 | 93 | REPLY to opposition to motion re 91 Motion for Leave to File, filed by STATE OF LIBYA. (Pizzurro, Joseph) (Entered: 03/30/2026) |
| 04/07/2026 | | MINUTE ORDER granting 75 Motion for Leave to File Surreply: The Court GRANTS the Motion for Leave to File Surreply and instructs the clerk to enter the proposed [75−1] Surreply into the record of this matter. While surreplies are generally disfavored, the Court finds that, in light of the complexity of legal issues at stake, it would be beneficial for the Court to consider fulsome briefing on all raised arguments. Signed by Judge Jia M. Cobb on April 7, 2026. (lcjmc2) (Entered: 04/07/2026) |
| 04/07/2026 | | MINUTE ORDER granting 91 Motion for Leave to File Supplemental Briefing: The Court GRANTS the Motion for Leave to File Supplemental Briefing and instructs the clerk to enter the proposed [91−1] Supplemental Memorandum into the record of this matter. While additional briefing not requested by the Court is generally disfavored, the Court finds that, in light of the complexity of legal issues at stake, it would be beneficial for the Court to consider fulsome briefing by the Parties on the United States' statement of interest in a case raising similar issues. Signed by Judge Jia M. Cobb on April 7, 2026. (lcjmc2) (Entered: 04/07/2026) |
| 04/07/2026 | 94 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Sylvi Sareva, Filing fee $ 100, receipt number ADCDC−12347399. Fee Status: Fee Paid. by STATE OF LIBYA. (Attachments: # 1 Declaration −Sylvi Sareva, # 2 −Certificate of Good−Standing, # 3 Text of Proposed Order)(Pizzurro, Joseph) (Entered: 04/07/2026) |
| 04/07/2026 | 96 | SURREPLY to re 66 MOTION for Protective Order filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (znmw) (Entered: 04/10/2026) |
| 04/07/2026 | 97 | SUPPLEMENTAL MEMORANDUM to Statement of Interest filed by STATE OF LIBYA. (znmw) (Entered: 04/10/2026) |
| 04/08/2026 | | MINUTE ORDER granting 94 Motion for Leave to Appear Pro Hac Vice: Attorney Sylvi Sareva is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Jia M. Cobb on April 8, 2026. (lcjmc2) (Entered: 04/08/2026) |
| 04/10/2026 | 95 | NOTICE of Appearance by Sylvi Sareva on behalf of STATE OF LIBYA (Sareva, Sylvi) (Entered: 04/10/2026) |
| 04/21/2026 | 98 | Unopposed MOTION for Leave to File *Response to Libya's Supplemental Memorandum (ECF No. 97)* by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit Proposed Pleading, # 2 Text of Proposed Order Proposed Order)(Wells, Molly) (Entered: 04/21/2026) |
| 04/27/2026 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting 98 Motion for Leave to File: The Court GRANTS the 98 Motion for Leave to File Response to the State of Libya's Supplemental Memorandum Addressing the United States Government's Statement of Interest and instructs the clerk to enter the proposed [98−1] Response into the record of this matter. Signed by Judge Jia M. Cobb on April 27, 2026. (lcjmc2) (Entered: 04/27/2026) |
| 04/27/2026 | 99 | RESPONSE re 97 Supplemental Memorandum filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (znmw) (Entered: 04/30/2026) |
| 05/08/2026 | 100 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF LIBYA. Attorney Sylvi Sareva terminated. (Sareva, Sylvi) (Entered: 05/08/2026) |
| 05/08/2026 | 101 | NOTICE of Appearance by Olivia Wang on behalf of NATIONAL OIL CORPORATION OF LIBYA (Wang, Olivia) (Entered: 05/08/2026) |
| 05/08/2026 | 102 | MOTION for Oral Argument On The Pending Post−Judgment Jurisdictional and Discovery Disputes re 42 MOTION to Compel , 66 MOTION for Protective Order , 49 Order by NATIONAL OIL CORPORATION OF LIBYA, STATE OF LIBYA. (Pizzurro, Joseph) (Entered: 05/08/2026) |
| 05/11/2026 | 103 | Memorandum in opposition to re 102 MOTION for Oral Argument On The Pending Post−Judgment Jurisdictional and Discovery Disputes re 42 MOTION to Compel , 66 MOTION for Protective Order , 49 Order filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Wells, Molly) (Entered: 05/11/2026) |
| 05/13/2026 | 104 | REPLY to opposition to motion re 102 Motion for Miscellaneous Relief, *Motion for Oral Argument On Pending Post Judgment Jurisdictional and Discovery Disputes* filed by NATIONAL OIL CORPORATION OF LIBYA, STATE OF LIBYA. (Pizzurro, Joseph) (Entered: 05/13/2026) |
| 06/12/2026 | | MINUTE ORDER denying 102 Motion for Oral Argument: The Court is considering the Parties' submissions in this case and does not find oral argument necessary at this juncture. The Court will reach out to the Parties to schedule a hearing if needed. Signed by Judge Jia M. Cobb on June 12, 2026. (lcjmc2) (Entered: 06/12/2026) |
| 09/01/2026 | 105 | NOTICE *of Supplemental Authority* by STATE OF LIBYA re 90 NOTICE OF SUPPLEMENTAL AUTHORITY (Attachments: # 1 Exhibit −A)(Pizzurro, Joseph) (Entered: 09/01/2026) |
| 09/02/2026 | | MINUTE ORDER Setting Hearing on 76 Motion for Contempt and for Sanctions: The Parties are ORDERED to appear for a hearing on September 17, 2026, at 10:00 AM. This hearing will be on the record before Judge Jia M. Cobb and conducted via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on September 2, 2026. (lcjmc2) (Entered: 09/02/2026) |
| 09/04/2026 | 106 | ORDER denying 66 Motion for Protective Order: See document for details. The Parties shall submit a joint jurisdictional discovery plan on or before October 5, 2026. Signed by Judge Jia M. Cobb on September 4, 2026. (lcjmc2) (Entered: 09/04/2026) |
| 09/14/2026 | 107 | RESPONSE re 105 Notice (Other) filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. (Wells, Molly) (Entered: 09/14/2026) |
| 09/17/2026 | | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Jia M. Cobb: Virtual Motion Hearing held on 9/17/2026 re 67 MOTION to Strike 62 Response to Order to Show Cause *and Incorporated Memorandum of Points and Authorities in Support* filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI and 76 MOTION for Contempt MOTION for Sanctions *AND INCORPORATED MEMORANDUM IN SUPPORT* filed by ETRAK INSAAT TAAHHUT VE TICARET ANONIM SIRKETI. The Court hears Oral Argument and takes the matter under advisement. Order Forthcoming. (Court Reporter Stacy Johns.) (zcll) (Entered: 09/17/2026) |
| 09/23/2026 | 108 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 106 Order on Motion for Protective Order, Set/Reset Deadlines by NATIONAL OIL CORPORATION OF LIBYA. Filing fee $ 605, receipt number ADCDC−12694112. Fee Status: Fee Paid. (Pizzurro, Joseph) (Entered: 09/23/2026) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞIRKETİ,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF LIBYA,<br><br>*Defendant*. | Case No. 1:22-cv-00864 (JMC) |

**NOTICE OF APPEAL**

Notice is hereby given that non-party National Oil Corporation of Libya ("NOC") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order dated September 4, 2026 (ECF No. 106) ("Order") denying NOC's Motion for Protective Order without prejudice and granting jurisdictional discovery into NOC.

By denying NOC's Motion for Protective Order to quash a subpoena served upon it in an action in which it is not a party and requiring NOC to be subjected to jurisdictional discovery, the Order has the effect of abrogating NOC's foreign sovereign immunity. *Process & Indus. Devs. v. Federal Republic of Nigeria*, 962 F.3d 576, 581 (D.C. Cir. 2020). *See also Butler v. Sukhoi Co.*, 579 F.3d 1307, 1311 (11th Cir. 2009); *Peninsula Asset Mgmt. (Cayman) v. Hankook Tire Co.*, 476 F.3d 140, 144 (2d Cir. 2007).

Separately, subjecting NOC to discovery designed to provide evidence to justify shifting liability on the judgment to NOC on a theory of alter ego in an action in which it is not a party

goes beyond the subject matter jurisdiction of the district court. According to the Supreme Court in *Peacock v. Thomas*, the district court's ancillary jurisdiction in judgment enforcement proceedings does not extend to proceedings designed to impose liability on non-parties. 516 U.S. 349 (1996).

Accordingly, this Court has been divested of jurisdiction to take any action with respect to NOC in these proceedings, including granting the jurisdictional discovery requested by Plaintiff Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi's ("Etrak") into NOC, pending the D.C. Circuit's resolution of NOC's appeal from the denial of its Motion for Protective Order. *See Princz v. Federal Republic of Germany*, 998 F.2d 1, 1 (D.C. Cir. 1993) (per curiam) (Ginsburg, R.B., & Wald, J.J.).

CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP

/s/ *Joseph D. Pizzurro*
Joseph D. Pizzurro (D.C. Bar No. 468922)
Juan O. Perla (D.C. Bar No. 1660389)
Robert J. Groot (D.C. Bar No. NY0700)
1875 K Street NW, Suite 425
Washington, D.C. 20006
(202) 452-7373
jpizzurro@curtis.com
jperla@curtis.com
rgroot@curtis.com

*Attorneys for Non-party*
*National Oil Corporation of Libya*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ,<br>Plaintiff,<br><br>v.<br><br>STATE OF LIBYA,<br><br>Defendant. | Case No. 22-cv-864 (JMC) |

**ORDER**

Plaintiff Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi served subpoenas upon the National Oil Corporation of Libya (NOC) during post-judgment discovery proceedings in this action against the State of Libya. ECF 66-3. NOC filed a motion for a protective order claiming that it is a foreign instrumentality separate and distinct from Libya and not subject to this Court's jurisdiction. Etrak opposed. At this stage, the Court does not have the factual record necessary to resolve the Parties' dispute about the relationship between NOC and Libya. Accordingly, the Court will deny NOC's motion for a protective order without prejudice, allow jurisdictional discovery, and set deadlines for further proceedings on this issue.[1]

The Foreign Sovereign Immunities Act (FSIA) "provides the sole basis for obtaining jurisdiction over a foreign sovereign in the United States." *Republic of Argentina v. Weltover, Inc.*, 504 U.S. 607, 611 (1992). "Under the Act, a foreign state *shall* be immune from the jurisdiction of the courts of the United States and of the States unless one of several statutorily defined

[1] Unless otherwise indicated, the formatting of citations has been modified throughout this order, for example, by omitting internal quotation marks, emphases, citations, and alterations and by altering capitalization. All pincites to documents filed on the docket in this case are to the automatically generated ECF Page ID number that appears at the top of each page.

exceptions applies." *Id.* at 610–11. This Court has already determined that Etrak holds "an authentic arbitration award" against Libya and that the Court has subject matter jurisdiction over Libya pursuant to the FSIA's arbitration exception. ECF 36 at 5–7.

Libya has not paid the judgment Etrak holds against it, and Etrak has served post-judgment discovery to identify assets that could be used to satisfy that outstanding judgment. Part of those efforts involved serving a subpoena on NOC, which Etrak believes has executable Libyan assets. The subpoenas sought information about NOC's resources and its relationship to Libya. NOC, however, insists that it is not subject to post-judgment discovery. In its motion for a protective order, NOC claims that the Court lacks subject matter jurisdiction over it because it is a separate "agency or instrumentality of Libya," which is "itself a 'foreign state' under the FSIA." ECF 66-1 at 6, 11. NOC then argues that no "exception to immunity applies" to it because it is not a party to the underlying action, including the arbitration proceedings giving rise to these proceedings. *Id.* at 11. Etrak opposes because it contends that NOC is Libya's "alter ego" and thus should not be considered a separate entity from Libya for purposes of post-judgment discovery. ECF 68 at 30. The question thus comes down to the relationship between NOC and Libya—whether NOC is a foreign instrumentality that is distinct from Libya or whether it is Libya's alter ego. If NOC is Libya's alter ego, the Court would have the same jurisdiction over it that it has over Libya. *See Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 932 F.3d 126, 138 (3d Cir. 2019) (recognizing that "the District Court's jurisdiction over Venezuela would extend to PDVSA [(Venezuela's state-owned oil company)] so long as it is Venezuela's alter ego…").

To assess the Parties' arguments, the Court must apply the test laid out in *First National City Bank v. Banco Para El Comercio Exterior de Cuba*, 462 U.S. 611 (1983) (*Bancec*). Generally, there is a "presumption" that a foreign government's "instrumentality is to be accorded separate

legal status." *Id.* at 628. Courts consider the following (*Bancec*) factors to determine whether that presumption should be rebutted:

> (1) the level of economic control by the government;
> (2) whether the entity's profits go to the government;
> (3) the degree to which government officials manage the entity or otherwise have a hand in its daily affairs;
> (4) whether the government is the real beneficiary of the entity's conduct; and
> (5) whether adherence to separate identities would entitle the foreign state to benefits in United States courts while avoiding its obligations.

*Rubin v. Islamic Republic of Iran*, 583 U.S. 202, 210 (2018).

The current record does not allow the Court to undertake a fulsome analysis of these factors. Etrak has supplied the Court with some public documents, including news articles and press releases, as well as an expert report. ECF 68-1. This information, "both in the form of expert opinion and admissions attributed to defendants' own agents," for example NOC employees' statements in some of the public documents, certainly "give[s] rise to a colorable factual dispute" about whether NOC is an alter ego of Libya. *Funk v. Belneftekhim*, 861 F.3d 354, 367 (2d Cir. 2017).[2] But the Court does not believe that the record is developed enough to answer the question.

Etrak has asked that the Court provide it an opportunity to take jurisdictional discovery if the Court determines that it has not made a sufficient showing to establish jurisdiction. ECF 68 at

[2] In other cases, courts have relied upon sworn declarations to establish the relationship between a sovereign and its state-controlled entity. *See, e.g., Helmerich & Payne Int'l Drilling Co. v. Petroleos de Venezuela, S.A.*, 754 F. Supp. 3d 29, 48–50 (D.D.C. 2024) (relying upon the declaration of Venezuelan legal expert for plaintiffs Marcos Ruben Carrillo Perera in its *Bancec* analysis), *aff'd sub nom. Helmerich & Payne Int'l Drilling Co. v. Venezuela*, 153 F.4th 1316 (D.C. Cir. 2025) (noting that "after jurisdictional discovery, the court painstakingly reviewed the evidence supporting an alter-ego determination"); *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 333 F. Supp. 3d 380 (D. Del. 2018) (relying on, among other sources, "six substantive declarations and hundreds of exhibits" to analyze the relationship between Venezuela and its state-owned oil corporation), *aff'd and remanded*, 932 F.3d 126, 147–48 (3d Cir. 2019) (citing, for example, plaintiff's economic expert Dr. Roberto Rigobon's declaration to determine that "Venezuela controls PDVSA's debt structure" and that "PDVSA pays extraordinary taxes" to the Venezuela government); *see Crystallex*, 932 F.3d at 148 ("Crystallex introduced a declaration from Jose Ignacio Hernandez, a Venezuelan legal academic, which notes that it has been commonplace since 2002 for PDVSA's president also to serve as Venezuela's oil minister."); *Transamerica Leasing, Inc. v. La Republica de Venezuela*, 21 F. Supp. 2d 47, 51–53 (D.D.C. 1998) (conducting Bancec analysis based on Bradley Declaration and Barroeta Declaration), *dismissed in part, remanded in part*, 200 F.3d 843 (D.C. Cir. 2000).

14. "A district court is typically within its discretion to order jurisdictional discovery where a plaintiff has made out a prima facie case for jurisdiction." *Funk*, 861 F.3d at 366. Accordingly, the Court will grant Etrak's request. Allowing such discovery will afford "ample opportunity to secure and present evidence relevant to the existence of jurisdiction." *Phoenix Consulting Inc. v. Republic of Angola*, 216 F.3d 36, 40 (D.C. Cir. 2000); *see also Foremost-McKesson, Inc. v. Islamic Republic of Iran*, 905 F.2d 438, 449 (D.C. Cir. 1990) ("Since entitlement of a party to immunity from suit is such a critical preliminary determination, the parties have the responsibility, and must be afforded a fair opportunity, to define issues of fact and law, and to submit evidence necessary to the resolution of the issues."). The Court also notes that there are outstanding discovery requests to Libya, which are the subject of a forthcoming Court order, that may be helpful to the Court's task in assessing the relationship between Libya and NOC once obtained. *See, e.g.*, ECF 42-3 at 2 (discovery requests asking for information about "Identified State Controlled Entities" including NOC).

Accordingly, NOC's motion for a protective order is **DENIED** without prejudice. The Court also **ORDERS** that Etrak is permitted to take jurisdictional discovery, if necessary, on factors relevant to the *Bancec* inquiry. The Court **FURTHER ORDERS** that the Parties shall submit a joint jurisdictional discovery plan on or before October 5, 2026, as well as an agreed upon deadline for a renewed motion for a protective order or motion to enforce Etrak's subpoena to NOC, which will include any supplemental declarations, exhibits, or other evidence that either Party seeks to submit and that would permit the Court to assess the relationship between NOC and Libya.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: September 4, 2026